**McCARTHY & HOLTHUS, LLP**
Melissa Robbins Coutts, Esq. (SBN: 246723)
2763 Camino Del Rio S, Suite 100
San Diego, CA 92108
Telephone: (619) 685-4800
Facsimile: (619) 685-4811
Email: mcoutts@mccarthyholthus.com

Attorneys for Defendants,
Melissa Robbins Coutts, Esq. and McCarthy & Holthus, LLP (erroneously named as "Melissa Robbins Coutts Esq. c/o McCarthy & Holthus LLP")

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYANNA UMEKA SPIKES,<br><br>                      Plaintiff,<br><br>v.<br><br>NEWREZ LLC, F/K/A NEW PENN FINANCIAL, LLC D/B/A SHELLPOINT M; MARIAH ROYCE; NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING C/O QUALITY LOAN SERVICE CORPORATION; STEPHANIE ECHEVERRIA; MELISSA ROBBINS COUTTS ESQ. C/O McCARTHY AND HOLTHUS LLP; MELISSA ROBBINS COUTTS ESQ.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC (MERS); STEPHANIE NICOLE WESSEL,<br><br>                      Defendants. | Case No.<br><br>Superior Court of California<br>Case No: 23SC01655<br><br>**NOTICE OF REMOVAL**<br><br>**[28 U.S.C. § 1446(d)]** |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants Melissa Robbins Coutts, Esq. and McCarthy & Holthus, LLP (erroneously named as "Melissa Robbins Coutts Esq. c/o McCarthy & Holthus LLP") hereby remove the above-captioned action from the Superior Court of the State of

**NOTICE OF REMOVAL**

California, County of Sacramento, to the United States District Court for the Eastern District of California. Defendans are entitled to removal based on federal question jurisdiction, as follows:

1.     On June 13, 2023, the above-entitled action was commenced against Defendants in the Superior Court of California, County of Sacramento, as Case No. 23SC01655. A true and correct copy of the Complaint is attached hereto as **Exhibit A**.

2.     On December 12, 2023, Defendant Melissa Robbins Coutts, Esq. was served with the Complaint. A true and correct copy of the Proof of Service reflecting service on Defendant is attached hereto as **Exhibit B**.

3.     To the best of Defendant's knowledge, no other Defendants have been properly served with the Complaint. Thus, the remaining Defendants who remain un-served need not join in this Notice of Removal. See Salveson v. Western States Bankcard Ass'n., 731 F.2d 1423, 1429 (9th Cir. 1984).

4.     The Sacramento Superior Court docket contains a Proof of Service filed by Plaintiff purporting to reflect service on Defendant "Newrez LLC D/B/A Shellpoint Mortgage Servicing c/o Quality Loan Service Corporation," which states that Quality Loan Service Corporation was served with the Complaint on December 12, 2023. The undersigned counsel is informed and believes that Quality Loan Service Corporation is not a named party in this action and it is not the agent for service of process for Defendant Newrez LLC D/B/A Shellpoint Mortgage Servicing. See **Exhibit C** attached. As a result, Plaintiff's attempt to serve Newrez LLC D/B/A Shellpoint Mortgage Servicing by delivery to Quality Loan Service Corporation is not effective.

5.     To the extent that Quality Loan Service Corporation is required to join in the removal of this action to the District Court, the undersigned counsel has contacted Quality Loan Service Corporation and obtained its consent to the removal.

6.     The above–described action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1441(b). Plaintiff's Complaint arises under the Fair Debt Collection Practices Act ("FDCPA), 15 U.S.C. § 1692 et sq.

CA-23-966191-CV

1    7.    Removal to this district court is proper because this is the district that embraces the

2    county in which Plaintiff filed the state court action.  28 U.S.C. § 1441(a).

3    8.    This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b).  The Complaint

4    was served on Defendants on December 12, 2023, and this Notice of Removal is filed within 30

5    days of the date of service.

6    9.    As required by 28 U.S.C. § 1446(d), Defendant will provide written notice of the

7    removal of this action to Plaintiff and to the Sacramento County Superior Court.

8    WHEREFORE, Defendants Melissa Robbins Coutts, Esq. and McCarthy & Holthus, LLP

9    (erroneously named as "Melissa Robbins Coutts Esq. c/o McCarthy & Holthus LLP") pray that

10   the above action now pending against them in the Superior Court of California, County of

11   Sacramento, Case No. 23SC01655, be removed to this Court and that this Court assume

12   jurisdiction over the action and determine it on the merits.

13   Dated:  January 5, 2024                    Respectfully submitted,

14                                              **McCARTHY & HOLTHUS, LLP**

15

16                                   By:   /s/ Melissa Robbins Coutts

17                                         Melissa Robbins Coutts, Esq.
                                           Attorneys for Defendants,
18                                         Melissa Robbins Coutts, Esq. and McCarthy &
                                           Holthus, LLP (erroneously named as "Melissa
19                                         Robbins Coutts Esq. c/o McCarthy & Holthus
                                           LLP")

20

21

22

23

24

25

26

27

28

# EXHIBIT A

COMPLAINT

## SC-100 — Plaintiff's Claim and ORDER to Go to Small Claims Court

*Clerk stamps date here when form is filed.*

ELECTRONICALLY

**FILED/ENDORSED**

Superior Court of California
County of Sacramento
Small Claims Division
On: 06/13/2023 12:25 PM

By: L. Duncan

### Notice to the person being sued:

- You are the defendant if your name is listed in ② on page 2 of this form or on form SC-100A. The person suing you is the plaintiff, listed in ① on page 2.

- You and the plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case. If you lose, the court can order that your wages, money, or property be taken to pay this claim.

- Bring witnesses, receipts, and any evidence you need to prove your case.

- Read this form and all pages attached to understand the claim against you and to protect your rights.

### Aviso al Demandado:

- Usted es el Demandado si su nombre figura en ② de la página 2 de este formulario, o en el formulario SC-100A. La persona que lo demanda es el Demandante, la que figura en ① de la página 2.

- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso. Si pierde el caso la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.

- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.

- Lea este formulario y todas las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

*Fill in court name and street address:*

**Superior Court of California**
**County of Sacramento**
**Small Claims Division**
301 Bicentennial Circle
Sacramento, CA 95826-2701
(916) 875-7746

*Court fills in case number when form is filed:*

**Case Number:**
**23SC01655**

**Case Name:**
AYANNA UMEKA SPIKES vs. NEWREZ LLC, F/K/A A NEW PENN FINANCIAL, LLC D/B/A SHELLPOINT M Et Al

**— COURT COPY —**

## Order to Go to Court

### The people in ① and ② must go to court: *(Clerk fills out section below.)*

| **Trial Date** | Date | Time | Department | Name and address of court if different from above |
|---|---|---|---|---|
| | 01/12/2024 | 1:30 PM | 86 | 301 Bicentennial Circle, Sacramento, CA 95826-2701 |

Date: 06/13/2023 12:25 PM     Lee Seale, Clerk, by _____ L. Duncan _____, Deputy

### Instructions for the person suing:

> **Do not use this form to recover COVID-19 rental debt**, which is unpaid rent or other financial obligations under a tenancy due between March 1, 2020, and September 30, 2021. (See Code of Civil Procedure, §1179.02.) To recover COVID-19 rental debt, use form SC-500, *Plaintiff's Claim and ORDER to Go to Small Claims Court.*

- You are the plaintiff. The person you are suing is the defendant.

- **Before** you fill out this form, read form SC-100-INFO, *Information for the Plaintiff*, to know your rights. You can get form SC-100-INFO at any courthouse or county law library, or go to: *www.courts.ca.gov/smallclaims/forms.*

- **Fill out pages 2, 3, and 4 of this form.** Make copies of all pages of this form and any attachments—one for each party named in this case and an extra copy for yourself. Take or mail the original and these copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above. Your court may allow electronic filing. Check your local court website for information: *www.courts.ca.gov/find-my-court.htm.*

- You must have someone at least 18—not you or anyone else listed in this case—give each defendant a court-stamped copy of all five pages of this form and any pages this form tells you to attach. There are special rules for "serving," or delivering, this form to public entities, associations, and some businesses. See forms SC-104, SC-104B and SC-104C.

- **Go to court on your trial date listed above.** Bring witnesses, receipts, and any evidence you need to prove your case.

Judicial Council of California, *www.courts.ca.gov*
Rev. November 1, 2021, Mandatory Form
Code of Civil Procedure, §§ 116.110 et seq.,
116.220(c), 116.340(g)

**Plaintiff's Claim and ORDER**
**to Go to Small Claims Court**
**(Small Claims)**

**SC-100**, Page 1 of 6

➔

Case Number:

**23SC01655**

**① The plaintiff (the person, business, or public entity that is suing) is:**

Name: SPIKES, AYANNA UMEKA      Phone: (916) 576-9256

Street address: 7036 CANTEL WAY     N HIGHLANDS    CA    95660
               *Street*                  *City*         *State*     *Zip*

Mailing address: PO BOX 661321     SACRAMENTO    CA    95866¨
    *(if different)*    *Street*                  *City*         *State*     *Zip*

Email address *(if available):*

**If more than one plaintiff, list next plaintiff here:**

Name:                                 Phone:

Street address:                                                                      
                      *Street*                  *City*         *State*     *Zip*

Mailing street:                                        
    *(if different)*    *Street*                  *City*         *State*     *Zip*

Email address *(if available):*

☐ *Check here if more than two plaintiffs and attach form SC-100A.*
☐ *Check here if either plaintiff listed above is doing business under a fictitious name and attach form SC-103.*
☐ *Check here if any plaintiff is a "licensee" or "deferred deposit originator" (payday lender) under Financial Code sections 23000 et seq.*

**② The defendant (the person, business, or public entity being sued) is:**

Name: NEWREZ LLC, F/K/A A NEW PENN FINANCIAL, LLC D/B/A SHELLPOINT M    Phone: (800) 365-7107

Street address: 55 BEATTIE PLACE SUITE 500     GREENVILLE    SC    29601
               *Street*                  *City*         *State*     *Zip*

Mailing address: 75 BEATTIE PLACE SUITE LL202     GREENVILLE    SC    29601
    *(if different)*    *Street*                  *City*         *State*     *Zip*

☐ *Check here if this defendant is on active military duty.*

**If more than one defendant, list next defendant here:**

Name: ROYCE, MARIAH                         Phone:

Street: 55 BEATTIE PLACE SUITE 500    City: GREENVILLE    State: SC    Zip: 29601

Mailing street:                      City:             State:     Zip:
       *(if different)*

☐ *Check here if this defendant is on active military duty.*
☑ *Check here if your case is against more than two defendants and attach form SC-100A.*

**③ The plaintiff claims the defendant owes $5,000.00**      . *(Explain below and on next page):*

*(Note: A claim for COVID-19 rental debt cannot be made on this form. Use form SC-500, Plaintiff's Claim and ORDER to Go to Small Claims Court (COVID-19 Rental Debt).)*

a. Why does the defendant owe the plaintiff money?

Upon receipt of payment emotional distress, embarrassment , public humiliation and additional violations listed on attachment. * see attached*.

Plaintiff *(list names):*

AYANNA UMEKA SPIKES vs. NEWREZ LLC, F/K/A A NEW PENN FINANCIAL, LLC D/B/A SHELLPOINT M Et Al

| Case Number: |
|---|
| **23SC01655** |

**3** b. When did this happen? *(Date):* __02/14/2023__

If no specific date, give the time period: *Date started:* _____ *Through:* _____

c. How did you calculate the money owed to you? *(Do not include court costs or fees for service.)*
Title is United States code. *Please see attachment.*.
_____
_____
_____
_____

☑ *Check here if you need more space. Attach one sheet of paper or form MC-031 and write "SC-100, Item 3" at the top.*

**4** **You must ask the defendant (in person, in writing, or by phone) to pay you before you sue. If your claim is for possession of property, you must ask the defendant to give you the property. Have you done this?**

☑ Yes ☐ No. If no, explain why not:
_____
_____
_____
_____

**5** **Why are you filing your claim at this courthouse?**
**This courthouse covers the area** *(check all that applies):*

a. ☑ (1) Where the defendant lives or does business.
(2) Where the plaintiff's property was damaged.
(3) Where the plaintiff was injured.

(4) Where a contract (written or spoken) was made, signed, performed, or broken by the defendant *or* where the defendant lived or did business when the defendant made the contract.

b. ☐ Where the buyer or lessee signed the contract, lives now, or lived when the contract was made, if this claim is about an offer or contract for personal, family, or household goods, services, or loans. *(Code Civ. Proc., § 395(b).)*

c. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, if this claim is about a retail installment contract (like a credit card). *(Civil Code, § 1812.10.)*

d. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, or where the vehicle is permanently garaged, if this claim is about a vehicle finance sale. *(Civil Code, § 2984.4.)*

e. ☐ Other *(specify):* _____
_____

**6** **List the zip code of the place checked in ⑤ above** *(if you know):* __95660__

**7** **Is your claim about an attorney-client fee dispute?** ☐ Yes ☑ No
*If yes, and if you have had arbitration, fill out form SC-101, attach it to this form and check here:* ☐

**8** **Are you suing a public entity?** ☐ Yes ☑ No
*If yes, you must file a written claim with the entity first.* ☐ A claim was filed on *(date):* _____
*If the public entity denies your claim or does not answer within the time allowed by law, you can file this form.*

Plaintiff *(list names):*
AYANNA UMEKA SPIKES vs. NEWREZ LLC, F/K/A A NEW PENN FINANCIAL, LLC D/B/A SHELLPOINT M Et Al

Case Number:

**23SC01655**

**⑨ Have you filed more than 12 other small claims within the last 12 months in California?**

☐ Yes  ☑ No  *If yes, the filing fee for this case will be higher.*

**⑩ Is your claim for more than $2,500?**  ☑ Yes  ☐ No

*If you answer yes, you also confirm that you have not filed, and you understand that you may not file, more than two small claims cases for more than $2,500 in California during this calendar year.*

**⑪ I understand that by filing a claim in small claims court, I have no right to appeal this claim.**

I declare under penalty of perjury under the laws of the State of California that the information above and on any attachments to this form is true and correct.

Date: 06/13/2023

Ayanna Umeka Spikes
*Plaintiff types or prints name here*

▶  /s/ Ayanna Umeka Spikes
*Plaintiff signs here*

Date: _____

▶
*Second plaintiff types or prints name here*

*Second plaintiff signs here*



**Requests for Accommodations**
Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the trial. Contact the clerk's office for form MC-410, *Request for Accommodations by Persons with Disabilities and Response. (Civil Code, § 54.8.)*

☑ This form is attached to Form SC-100, item 1 or 2.

**(1) If more than 2 plaintiffs (person, business, or entity suing), list their information below:**

Name: _____ Phone: _____

Street: _____ City: _____ State: _____ Zip: _____

Mailing street: _____ City: _____ State: _____ Zip: _____
*(if different)*

☐ *Check here if Plaintiff listed above is doing business under a fictitious name. If so, attach Form SC-103.*

Name: _____ Phone: _____

Street: _____ City: _____ State: _____ Zip: _____

Mailing street: _____ City: _____ State: _____ Zip: _____
*(if different)*

☐ *Check here if Plaintiff listed above is doing business under a fictitious name. If so, attach Form SC-103.*
☐ *Check here for Additional Plaintiffs and attach Form SC-100A.*

**(2) If more than 2 defendants (person, business, or entity being sued), list their information below:**

Name: NEWREZ LLC D/B/A A SHELLPOINT MORTGAGE SERVICING C/O QUALITY LOAN SERVICE CORPORATION Phone: (619) 645-7711

Street: 2763 CAMINO DEL RIO SOUTH    City: SAN DIEGO    State: CA   Zip: 92108

Mailing street: _____ City: _____ State: _____ Zip: _____
*(if different)*

☐ *Check here if this Defendant is on active military duty.*

Name: ECHEVERRIA, STEPHANIE    Phone: _____

Street: 273 CAMINO DEL RIO SOUTH    City: SAN DIEGO    State: CA   Zip: 92108

Mailing street: _____ City: _____ State: _____ Zip: _____
*(if different)*

☐ *Check here if this Defendant is on active military duty.*
☑ *Check here for Additional Defendants and attach Form SC-100A.*

**(3) I understand that by filing a claim in small claims court, I have no right to appeal this claim.**

**(4)** I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.

I declare under penalty of perjury under California state law that the information above and on any attachments to this form is true and correct.

Date: _____  _____  ▶ _____
                    *Type or print your name*        *Sign your name*

Date: _____  _____  ▶ _____
                    *Type or print your name*        *Sign your name*

Judicial Council of California, *www.courtinfo.ca.gov*
Revised January 1, 2007, Mandatory Form
Code of Civil Procedure, § 116.110 et seq.

**Other Plaintiffs or Defendants**
**(Attachment to Plaintiff's Claim and ORDER to Go to Small Claims Court)**

**SC-100A**, Page 1 of 1

☑ This form is attached to Form SC-100, item 1 or 2.

**①** **If more than 2 plaintiffs (person, business, or entity suing), list their information below:**

Name: _____ Phone: _____

Street: _____ City: _____ State: _____ Zip: _____

Mailing street: _____ City: _____ State: _____ Zip: _____
    *(if different)*

☐ *Check here if Plaintiff listed above is doing business under a fictitious name. If so, attach Form SC-103.*

Name: _____ Phone: _____

Street: _____ City: _____ State: _____ Zip: _____

Mailing street: _____ City: _____ State: _____ Zip: _____
    *(if different)*

☐ *Check here if Plaintiff listed above is doing business under a fictitious name. If so, attach Form SC-103.*
☐ *Check here for Additional Plaintiffs and attach Form SC-100A.*

**②** **If more than 2 defendants (person, business, or entity being sued), list their information below:**

Name: <u>MELISSA ROBBINS COUTTS ESQ C/O MCCARTHY AND HOLTHUS LLP</u> Phone: <u>(619) 685-4800</u>

Street: <u>2763 CAMINO DEL RIO SOUTH</u> City: <u>SAN DIEGO</u> State: <u>CA</u> Zip: <u>92108</u>

Mailing street: _____ City: _____ State: _____ Zip: _____
    *(if different)*

☐ *Check here if this Defendant is on active military duty.*

Name: <u>ESQ, COUTTS MELISSA ROBBINS</u> Phone: _____

Street: <u>2763 CAMINO DEL RIO SOUTH</u> City: <u>SAN DIEGO</u> State: <u>CA</u> Zip: <u>92108</u>

Mailing street: _____ City: _____ State: _____ Zip: _____
    *(if different)*

☐ *Check here if this Defendant is on active military duty.*
☑ *Check here for Additional Defendants and attach Form SC-100A.*

**③** **I understand that by filing a claim in small claims court, I have no right to appeal this claim.**

**④** I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.

I declare under penalty of perjury under California state law that the information above and on any attachments to this form is true and correct.

Date: _____ _____ ▶ _____
                       *Type or print your name*               *Sign your name*

Date: _____ _____ ▶ _____
                       *Type or print your name*               *Sign your name*

Judicial Council of California, *www.courtinfo.ca.gov*
Revised January 1, 2007, Mandatory Form
Code of Civil Procedure, § 116.110 et seq.

**Other Plaintiffs or Defendants**
**(Attachment to Plaintiff's Claim and ORDER to Go to Small Claims Court)**

**SC-100A**, Page 1 of 1

☑ This form is attached to Form SC-100, item 1 or 2.

**①** **If more than 2 plaintiffs (person, business, or entity suing), list their information below:**

Name: _____ Phone: _____

Street: _____ City: _____ State: _____ Zip: _____

Mailing street: _____ City: _____ State: _____ Zip: _____
(if different)

☐ *Check here if Plaintiff listed above is doing business under a fictitious name. If so, attach Form SC-103.*

Name: _____ Phone: _____

Street: _____ City: _____ State: _____ Zip: _____

Mailing street: _____ City: _____ State: _____ Zip: _____
(if different)

☐ *Check here if Plaintiff listed above is doing business under a fictitious name. If so, attach Form SC-103.*
☐ *Check here for Additional Plaintiffs and attach Form SC-100A.*

**②** **If more than 2 defendants (person, business, or entity being sued), list their information below:**

Name: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC (MERS) Phone: (800) 646-6377

Street: 1901 EAST VORHEES STREET SUITE C City: DANVILLE State: IL Zip: 61834

Mailing street: _____ City: _____ State: _____ Zip: _____
(if different)

☐ *Check here if this Defendant is on active military duty.*

Name: WESSEL, STEPHANIE NICOLE Phone: _____

Street: 1901 EAT VORHEES STREET SUITE C City: DANVILLE State: IL Zip: 61834

Mailing street: _____ City: _____ State: _____ Zip: _____
(if different)

☐ *Check here if this Defendant is on active military duty.*
☐ *Check here for Additional Defendants and attach Form SC-100A.*

**③** **I understand that by filing a claim in small claims court, I have no right to appeal this claim.**

**④** I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.

I declare under penalty of perjury under California state law that the information above and on any attachments to this form is true and correct.

Date: _____ _____ ▶ _____
Type or print your name                                    Sign your name

Date: _____ _____ ▶ _____
Type or print your name                                    Sign your name

Judicial Council of California, *www.courtinfo.ca.gov*
Revised January 1, 2007, Mandatory Form
Code of Civil Procedure, § 116.110 et seq.

**Other Plaintiffs or Defendants**
**(Attachment to Plaintiff's Claim and ORDER to Go to Small Claims Court)**

**SC-100A**, Page 1 of 1

**(1)** **The plaintiff (the person, business, or public entity that is suing) is:**

Name: AYANNA UMEKA SPIKES                Phone: 916-576-9256

Street address: 7036 CANTEL WAY      N. HIGHLANDS   CA   95660
　　　　　　　　*Street*　　　　　　　　　　*City*　　　　*State*　*Zip*

Mailing address *(if different)*: PO BOX 661321    SACRAMENTO   CA   95866
　　　　　　　　　　　　　　　*Street*　　　　　　*City*　　　*State*　*Zip*

Email address *(if available)*: spikeslivingtrust@gmail.com

**If more than one plaintiff, list next plaintiff here:**

Name: _____    Phone: _____

Street address: _____
　　　　　　　　*Street*　　　　　　　　　　*City*　　　　*State*　*Zip*

Mailing address *(if different)*: _____
　　　　　　　　　　　　　　*Street*　　　　　　*City*　　　*State*　*Zip*

Email address *(if available)*: _____

☐ *Check here if more than two plaintiffs and attach form* SC-100A.
☐ *Check here if either plaintiff listed above is doing business under a fictitious name and attach form* SC-103.
☐ *Check here if any plaintiff is a "licensee" or "deferred deposit originator" (payday lender) under Financial Code sections 23000 et seq.*

**(2)** **The defendant (the person, business, or public entity being sued) is:**

Name: NewRez LLC, f/k/a New Penn Financial, LLC d/b/a Shellpoint M Phone: 800-365-7107

Street address: 55 Beattie Place, Suite 500      Greenville      SC   29601
　　　　　　　　*Street*　　　　　　　　　　　　*City*　　　*State*　*Zip*

Mailing address *(if different)*: 75 Beattie Place, Suite LL202   Greenville   SC   29601
　　　　　　　　　　　　　　　*Street*　　　　　　　*City*　　*State*　*Zip*

**If the defendant is a corporation, limited liability company, or public entity, list the person or agent authorized for service of process here:**

Name: Mariah Royce                Job title, if known: _____

Address: 55 Beattie Place, Suite 500      Greenville      SC   29601
　　　　　*Street*　　　　　　　　　　　　*City*　　　*State*　*Zip*

☒ *Check here if your case is against more than one defendant and attach form* SC-100A.

☐ *Check here if any defendant is on active military duty and write defendant's name here:* _____

**(3)** **The plaintiff claims the defendant owes $ 5000** _____. *(Explain below and on next page.)*

*(Note: A claim for COVID-19 rental debt cannot be made on this form. Use form*
SC-500, Plaintiff's Claim and ORDER to Go to Small Claims Court (COVID-19 Rental Debt).)

a. Why does the defendant owe the plaintiff money?

Damages for non response and not providing the satisfaction of deed. upon receipt of payment
emotional distress, embarrassment, public humiliation and additional
violations listed on attachment. *SEE ATTACHED*

_____
_____

Plaintiff *(list names):*

Case Number:

3   b.   When did this happen? *(Date):*  2/14/23
         If no specific date, give the time period: *Date started:* _____  *Through:* _____

    c.   How did you calculate the money owed to you? *(Do not include court costs or fees for service.)*
         Title 15 United States Code. *Please see attachment.*
         _____
         _____
         _____

         ☒ Check here if you need more space. *Attach one sheet of paper* or form *MC-031* and write *"SC-100, Item 3"* at
         the top.

4   **You must ask the defendant (in person, in writing, or by phone) to pay you before you
    sue. If your claim is for possession of property, you must ask the defendant to give you
    the property. Have you done this?**
    ☒ Yes   ☐ No   If no, explain why not:
    _____
    _____
    _____
    _____

5   **Why are you filing your claim at this courthouse?**
    **This courthouse covers the area** *(check the one that applies):*
    a.  ☐   (1) Where the defendant lives or does business.         (4) Where a contract (written or spoken) was made,
            (2) Where the plaintiff's property was damaged.             signed, performed, or broken by the defendant *or*
            (3) Where the plaintiff was injured.                        where the defendant lived or did business when the
                                                                        defendant made the contract.
    b.  ☒   Where the buyer or lessee signed the contract, lives now, or lived when the contract was made, if this claim,
            is about an offer or contract for personal, family, or household goods, services, or loans. (Code Civ. Proc.,
            § 395(b).)
    c.  ☐   Where the buyer signed the contract, lives now, or lived when the contract was made, if this claim is about a
            retail installment contract (like a credit card). (Civ. Code, § 1812.10.)
    d.  ☐   Where the buyer signed the contract, lives now, or lived when the contract was made, or where the vehicle is
            permanently garaged, if this claim is about a vehicle finance sale. (Civ. Code, § 2984.4.)
    e.  ☐   Other *(specify):* _____

6   **List the zip code of the place checked in ⑤ above** *(if you know):* 95660

7   **Is your claim about an attorney-client fee dispute?** ☐ Yes   ☒ No
    *If yes, and if you have had arbitration, fill out form SC-101, attach it to this form, and check here:* ☐

8   **Are you suing a public entity?** ☐ Yes   ☒ No
    *If yes, you must file a written claim with the entity first.* ☐ A claim was filed on *(date):* _____
    *If the public entity denies your claim or does not answer within the time allowed by law, you can file this form.*



| Plaintiff *(list names):* | Case Number: |
|---|---|

**9** **Have you filed more than 12 other small claims within the last 12 months in California?**
☐ Yes  ☒ No  *If yes, the filing fee for this case will be higher.*

**10** **Is your claim for more than $2,500?**  ☒ Yes  ☐ No
*If you answer yes, you also confirm that you have not filed, and you understand that you may not file, more than two small claims cases for more than $2,500 in California during this calendar year.*

**11** **I understand that by filing a claim in small claims court, I have no right to appeal this claim.**

I declare under penalty of perjury under the laws of the State of California that the information above and on any attachments to this form is true and correct.

Date: June 3, 2023

AYANNA UMEKA SPIKES
*Plaintiff types or prints name here*

▶ By: Spikes, Ayanna-Umeka
*Plaintiff signs here*

Date: _____

_____
*Second plaintiff types or prints name here*

▶
*Second plaintiff signs here*



**Requests for Accommodations**
Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the trial. For these and other accommodations, contact the clerk's office for form MC-410, *Disability Accommodation Request.* (Civ. Code, § 54.8.)



☑ This form is attached to form SC-100, item 1 or 2.

**(1) If more than two plaintiffs (person, business, or entity suing), list their information below:**

Other plaintiff's name: _____

Street address: _____  Phone: _____

City: _____  State: _____  Zip: _____

Mailing address *(if different)*: _____

City: _____  State: _____  Zip: _____

*Is this plaintiff doing business under a fictitious name?* ☐ Yes ☐ No *If yes, attach form SC-103.*

Other plaintiff's name: _____

Street address: _____  Phone: _____

City: _____  State: _____  Zip: _____

Mailing address *(if different)*: _____

City: _____  State: _____  Zip: _____

*Is this plaintiff doing business under a fictitious name?* ☐ Yes ☐ No *If yes, attach form SC-103.*

☐ *Check here if more than 4 plaintiffs and fill out and attach another form SC-100A.*

**(2) If more than one defendant (person, business, or entity being sued), list their information below:**

Other defendant's name: NewRez LLC d/b/a Shellpoint Mortgage ServicingC/O Quality Loan Service Corporation

Street address: 2763 Camino Del Rio South  Phone: 619-645-7711

City: San Diego  State: CA  Zip: 92108

Mailing address *(if different)*: _____

City: _____  State: _____  Zip: _____

*If this defendant is a corporation, limited liability company, or public entity, list the person or agent authorized for service of process:*

Name: Stephanie Echeverria  Job title, if known: Assistant Secretary − Trustee

Address: 2763 Camino Del Rio South

City: San Diego  State: CA  Zip: 92108

☒ *Check here if your case is against more than two defendants, and fill out and attach another form SC-100A.*

**(3) Is your claim for more than $2,500?** ☒ Yes ☐ No

*If yes, I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.*

**(4) I understand that by filing a claim in small claims court, I have no right to appeal this claim.**

I declare under penalty of perjury under California state law that the information above and on any attachments to this form is true and correct.

Date: June 3, 2023

AYANNA UMEKA SPIKES
Type or print your name

▶ By: Spikes, Ayanna Umeka
*Sign your name*

Date:

_____
Type or print your name

▶
*Sign your name*

Judicial Council of California, *www.courts.ca.gov*
Revised January 1, 2017, Mandatory Form
Code of Civil Procedure, § 116.110 et seq.

**Other Plaintiffs or Defendants**
**(Attachment to Plaintiff's Claim and ORDER to Go to Small Claims Court)**

SC-100A, Page ___ of ___

**SC-100A** **Other Plaintiffs or Defendants**

☑ This form is attached to form SC-100, item 1 or 2.

① **If more than two plaintiffs (person, business, or entity suing), list their information below:**

Other plaintiff's name: _____

Street address: _____ Phone: _____

City: _____ State: _____ Zip: _____

Mailing address *(if different)*: _____

City: _____ State: _____ Zip: _____

*Is this plaintiff doing business under a fictitious name?* ☐ Yes ☐ No *If yes, attach form SC-103.*

Other plaintiff's name: _____

Street address: _____ Phone: _____

City: _____ State: _____ Zip: _____

Mailing address *(if different)*: _____

City: _____ State: _____ Zip: _____

*Is this plaintiff doing business under a fictitious name?* ☐ Yes ☐ No *If yes, attach form SC-103.*

☐ *Check here if more than 4 plaintiffs and fill out and attach another form SC-100A.*

② **If more than one defendant (person, business, or entity being sued), list their information below:**

Other defendant's name: Melissa Robbins Coutts, Esq.C/O McCarthy and Holthus, LLP

Street address: 2763 Camino Del Rio South    Phone: 619-685-4800

City: San Diego    State: CA    Zip: 92108

Mailing address *(if different)*: _____

City: _____ State: _____ Zip: _____

*If this defendant is a corporation, limited liability company, or public entity, list the person or agent authorized for service of process:*

Name: Melissa Robbins Coutts, Esq.    Job title, if known: Represents Shellpoint Mortgage Servicin

Address: 2763 Camino Del Rio South

City: San Diego    State: CA    Zip: 92108

☒ *Check here if your case is against more than two defendants, and fill out and attach another form SC-100A.*

③ **Is your claim for more than $2,500?** ☒ Yes ☐ No

*If yes, I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.*

④ **I understand that by filing a claim in small claims court, I have no right to appeal this claim.**

I declare under penalty of perjury under California state law that the information above and on any attachments to this form is true and correct.

Date: June β, 2023

AYANNA UMEKA SPIKES
Type or print your name

By: Spikes, Ayanna Umeka
*Sign your name*

Date: _____

_____
Type or print your name

*Sign your name*

Judicial Council of California, *www.courts.ca.gov*
Revised January 1, 2017, Mandatory Form
Code of Civil Procedure, § 116.110 et seq.

**Other Plaintiffs or Defendants**
**(Attachment to Plaintiff's Claim and ORDER to Go to Small Claims Court)**

SC-100A, Page ___ of ___

For your protection and privacy, please press the Clear
This Form button after you have printed the form.

☑ This form is attached to form SC-100, item 1 or 2.

**(1) If more than two plaintiffs (person, business, or entity suing), list their information below:**

Other plaintiff's name: _____

Street address: _____ Phone: _____

City: _____ State: _____ Zip: _____

Mailing address *(if different)*: _____

City: _____ State: _____ Zip: _____

*Is this plaintiff doing business under a fictitious name?* ☐ Yes ☐ No *If yes, attach form SC-103.*

Other plaintiff's name: _____

Street address: _____ Phone: _____

City: _____ State: _____ Zip: _____

Mailing address *(if different)*: _____

City: _____ State: _____ Zip: _____

*Is this plaintiff doing business under a fictitious name?* ☐ Yes ☐ No *If yes, attach form SC-103.*

☐ *Check here if more than 4 plaintiffs and fill out and attach another form SC-100A.*

**(2) If more than one defendant (person, business, or entity being sued), list their information below:**

Other defendant's name: <u>Mortgage Electronic Registration Systems, Inc. (MERS)</u>

Street address: <u>1901 East Vorhees Street, Suite C</u>          Phone: <u>800-646-6377</u>

City: <u>Danville</u>          State: <u>IL</u>          Zip: <u>61834</u>

Mailing address *(if different)*: _____

City: _____ State: _____ Zip: _____

*If this defendant is a corporation, limited liability company, or public entity, list the person or agent authorized for service of process:*

Name: <u>STEPHANIE NICOLE WESSEL</u>          Job title, if known: <u>VICE PRESIDENT</u>

Address: <u>1901 East Vorhees Street, Suite C</u>

City: <u>Danville</u>          State: <u>IL</u>          Zip: <u>61834</u>

☒ *Check here if your case is against more than two defendants, and fill out and attach another form SC-100A.*

**(3) Is your claim for more than $2,500?** ☒ Yes ☐ No

*If yes, I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.*

**(4) I understand that by filing a claim in small claims court, I have no right to appeal this claim.**

I declare under penalty of perjury under California state law that the information above and on any attachments to this form is true and correct.

Date: <u>June 13, 2023</u>

<u>AYANNA UMEKA SPIKES</u>
Type or print your name

By: Spikes Ayanna-Umeka
*Sign your name*

Date:

_____
Type or print your name

_____
*Sign your name*

Judicial Council of California, *www.courts.ca.gov*
Revised January 1, 2017, Mandatory Form
Code of Civil Procedure, § 116.110 et seq.

**Other Plaintiffs or Defendants**
**(Attachment to Plaintiff's Claim and ORDER**
**to Go to Small Claims Court)**

SC-100A, Page ___ of ___

For your protection and privacy, please press the Clear
This Form button after you have printed the form

Email dated 01/12/2023 from *NewRez LLC, f/k/a New Penn Financial, LLC d/b/a Shellpoint Mortgage* agent Mia Bowers stating that I owe them a debt for $18568.58. The Original Creditor was *UNITED WHOLESALE MORTGAGE*. I have no contract with **QUALITY LOAN SERVICE CORPORATION** I do not owe them anything I do not know who they are. They are communicating a false debt under 15 USC 1692e (8). They are communicating False representation. All caps name, stating consumer owes debt 15 USC 1692b (2). They are in Communication without prior consent violation of 15 USC 1692c (a). They are using false, deceptive, or misleading representations in violation of 15 USC 1692e. They are using obscene/profane language accusing me of owing an alleged debt which is violation of 15 USC 1692d (2).

The communication between *NewRez LLC, f/k/a New Penn Financial, LLC d/b/a Shellpoint Mortgage* and **QUALITY LOAN SERVICE CORPORATION**, about me is in direct violation of my privacy per the Privacy Act of 1974. If *NewRez LLC, f/k/a New Penn Financial, LLC d/b/a Shellpoint Mortgage* did not violate my rights under the Privacy Act, then how did **QUALITY LOAN SERVICE CORPORATION** get my private information. I have attached correspondence that shows tender of payment (███████) to **QUALITY LOAN SERVICE CORPORATION** was received via Certified # 7021 0950 0001 3184 7305 on April 20th, 2023. Even the amount stated by the Debt Collector, *NewRez LLC, f/k/a New Penn Financial, LLC d/b/a Shellpoint Mortgage*, does not match!

Also, pursuant to 15 USC 1666d if there is a credit of account balance with surplus of over $1 dollar in accordance to the journal and ledger entries described in IRS Pub 583, the amount balance should be credited and the remaining balance must be directed to the consumer. ($18568.58) the documentary evidence must be provided to clarify this amount as this is a formal instruction in accordance to 15 USC 1666 (b)(2) to provide documentary evidence which involves books of account in accordance with 15 USC 44 to resolve this billing error.

I command that *NewRez LLC, f/k/a New Penn Financial, LLC d/b/a Shellpoint Mortgage* and **QUALITY LOAN SERVICE CORPORATION** to cease and desist any and all collection activities and communication with me. I will also file 3949a and 8300 forms with the IRS for Interference with Commerce Notice - 18 U.S. Code§ 1951 who may have bought "so called debts" and demanding restitution for all violations as co-conspirator with other corporations under Title 15 as follows:

1. 1605 (a) Minimum Payment Charge $1,000
2. 1692b (2) False representation. All caps name, stating consumer owes debt $1,000
3. 1692b (5) Using a symbol on any correspondence $1,000
4. 1692c (a) Communication without prior consent $1,000
5. 1692c (b) Communication w/ 3rd parties (credit reporting agency) $1,000
6. 1692d Harass and oppressive use of intercourse about alleged debt $1,000
7. 1692d (1) Harmful action towards well-being via credit report $1,000
8. 1692d (2) Obscene/profane language accusing me of owing an alleged debt $1,000
9. 1692e Using false, deceptive, or misleading representations $1,000
10. 1692e (2)(A) False Representation $1,000
11. 1692e (2)(B) False Representation $1,000
12. 1692e (8) Communicating false debt $1,000
13. 1692e (9) Use/distribution of communication with authorization or approval $1,000
14. 1692e (10) False deceptive means to collect a debt $1,000
15. 1692e (12) False representation/implication (innocent purchasers for value) $1,000
16. 1692f Unfair practices $1,000
17. 1692f (7) Communicating regarding a debt by post card $1,000
18. 1692f (8) Using symbol or language on envelope when communicating $1,000
19. 1692f (6)(8) Threatening to disable or dispossess property $1,000
20. 1692e (2)(A) False representation of the amount of any debt $1,000
21. 1692e (5) Threat to take illegal action $1,000

_____[Space above This Line For Recording Data]_____

March 18, 2023

To: NewRez LLC, f/k/a New Penn Financial, LLC d/b/a Shellpoint Mortgage
c/o Mariah Royce – D.V.S. NewRez LLC d/b/a Shellpoint Mortgage Servicing
55 Beattie Place, Suite 500
Greenville, SC 29601                                   Registered Mail# RE165520674US

To: NewRez LLC d/b/a Shellpoint Mortgage Servicing
C/O QUALITY LOAN SERVICE CORPORATION
attn: Stephanie Echeverria, Assistant Secretary – Trustee
2763 Camino Del Rio South
San Diego, CA 92108                                    Certified Mail# 70210950000131843574

To: Mortgage Electronic Registration Systems, Inc. (MERS)
Attn: STEPHANIE NICOLE WESSEL, VICE PRESIDENT
1901 East Vorhees Street, Suite C
Danville, IL 61834                                     Certified Mail# 70210950000131843567

Re: Loan No. ███████
TS No.: CA-22-943266-AB

## AFFIDAVIT FOR REQUEST FOR ACCOUNTING

### _Enforcement as Administrative Counter-Claim by Private Right of Action_

_Notice, it is a Fact_, that, I, settlor for principal, Ayann-U.: Spikes and affiant, am a federally protected consumer under TITLE 15, holder in due course, attorney, for any and all derivatives thereof for the surname/given name and I have been appointed and accept being the authorized representative both public and private for all matters proceeding, and I hereby claim that I will d/b/a AYANNA U SPIKES and autograph as the settlor and administrator in fact.

_Notice, it is a Fact_, that, this account in question was opened in July 2019, with, UNITED WHOLESALE MORTGAGE, and any and all agents and assigns, using my personal identification and credit card (SSN) information as defined in 15 U.S.C. § 1602 (l).

_Notice, it is a Fact_, that, NewRez LLC, f/k/a New Penn Financial, LLC d/b/a Shellpoint Mortgage, added an allonge to the Promissory Note making it payable to: NewRez LLC, f/k/a New Penn Financial, LLC d/b/a Shellpoint Mortgage, (accommodation endorsement) which was deposited as a cash item. Which therefore paid the alleged debt.

_Notice, it is a Fact_, that, NewRez LLC, f/k/a New Penn Financial, LLC d/b/a Shellpoint Mortgage, are a for-profit company which is located in the area of Greenville, South Carolina.

_Notice, it is a Fact_, that, I, agent for principal AYANNA U SPIKES affiant, has received several statements including the subject matter of an attempt to collect an alleged debt for Loan No. ███████.

*Notice, it is a Fact* that, I, agent for principal AYANNA U SPIKES affiant, has reason to believe and do so believe, I the consumer and debtor, owe no such alleged debt.

*Notice, it is a Fact*, affiant has reason to believe and do so believe the billing statements received, by NewRez LLC, f/k/a New Penn Financial, LLC d/b/a Shellpoint Mortgage, on all past, present, and future billing are billing errors pursuant 12 CFR § 1026.13. To clarify and address such subject matter contained in said billing statements I, the affiant, am invoking my right to obtain the documentary evidence, in accordance with 15 U.S.C. § 44 for the books of account as described in IRS Publication 583. To very such alleged amounts, I want to see both journal and credits of account and ledger and debits of account to verify the current accounting and taxes associated with this account. *The typical statement of account is not suffice.*

*Notice, it is a Fact*, affiant has reason to believe and do so believe, pursuant to 15 U.S. Code § 1666d if there is a credit of account balance with surplus over 1 dollar in accordance to the journal and ledger entries described in IRS Publication 583, the amount balance should be credited and the remaining balance must be directed to I, the consumer by check. The documentary evidence must be provided to clarify this amount as this is a formal instruction in accordance to 15 U.S.Code § 1666(b)(2) to provide the documentary evidence which includes books of account in accordance with 15 U.S.Code § 44 to resolve this billing error.

*Notice, it is a Fact*, that, NewRez LLC, f/k/a New Penn Financial, LLC d/b/a Shellpoint Mortgage., any and all agents and assigns shall follow the following procedures as defined pursuant 15 U.S. Code § 1666d(e): (1) Correct the billing error and credit the consumer's account with any disputed amount and related finance or other charges, as applicable; and (2) Mail or deliver a correction notice to the consumer. I hereby demand that any and all future coupons be sent to my place of abode, as listed on the account in question, in the form of a check, from July of 2019 and current, and future payments.

*Notice, it is a Fact*, that, I, as agent for principal AYANNA U SPIKES affiant, is aware, with resolving this billing error, the creditor has legally agreed to forfeit all rights to collect on all past, present and future amount in dispute pursuant to Title 15 U.S.Code § 1666(e).

*Notice, it is a Fact*, that, I, agent AYANNA U SPIKES, hereby invoke my right as a consumer to withhold all past, present, and future disputed amounts pursuant 12 CFR 1026.13d(1).

*Notice, it is a Fact*, affiant is aware, NewRez LLC, f/k/a New Penn Financial, LLC d/b/a Shellpoint Mortgage, any and all agents and assigns, as the creditor may not collect any disputed amount, I the consumer and affiant, do not need to pay, the creditor cannot restrict, accelerate payment or foreclose an account and or make or threaten any adverse reporting to any person about the consumer's credit standing without resolving the billing error. Such actions by NewRez LLC, f/k/a New Penn Financial, LLC d/b/a Shellpoint Mortgage, any and all agents and assigns, will forfeit its rights to collect the disputed amount as described in 15 U.S.Code 1666(e) and hold the creditor liable under 15 U.S.Code § 1693m for NewRez LLC, f/k/a New Penn Financial, LLC d/b/a Shellpoint Mortgage., any and all agents and assigns for the actual damage caused to I, the affiant, as well as held to criminal liability pursuant 15 U.S.Code § 1693n for failing to forward the required documentary evidence as requested to clarify and revolve the previously addressed billing error.

*Notice, it is a Fact*, affiant is aware, NewRez LLC, f/k/a New Penn Financial, LLC d/b/a Shellpoint Mortgage, any and all agents and assigns, cannot and shall not restrict nor limit nor cause any disruption of any manner of the account in question. Pursuant 12 CFR 1026.d(3), a creditor shall not accelerate any part of the consumer's indebtedness or restrict or close a consumer's account solely because the consumer has exercised in good faith rights provided by this section. A creditor may be subject to the forfeiture penalty under 15 U.S.C. 1666(e) for failure to comply with any of the requirements of this section.

*Notice, it is a Fact*, affiant are aware in accordance with 16 C.F.R. § 433.3 NewRez LLC, f/k/a New Penn Financial, LLC d/b/a Shellpoint Mortgage., and any and all agents and assigns, are not exempt from any claims or defenses as described in 16 C.F.R. § 433.2(a) as I, the affiant, may invoke, my rights as the debtor in this consumer credit contract against NewRez LLC, f/k/a New Penn Financial, LLC d/b/a Shellpoint Mortgage, any and all agents and assigns for the unfair and deceptive practices described herein as no contract after the date of November 1, 1977 is exempt from 16 C.F.R. § 433.3.

*Notice, it is a Fact*, that, affiant has reason to believe and do so believe, NewRez LLC, f/k/a New Penn Financial, LLC d/b/a Shellpoint Mortgage., any and all agents and assigns, which is a private for profit corporation, regardless of your/their location, has participated in racketeering activity as defined in Title 18 U.S.Code § 1961, by knowingly, intentionally, with forethought and malice has been sending dividends but, in fact, making me believe that dividend was an invoice for repayment of a mortgage loan, which is embezzlement, theft by deception and extortion.

*Notice, it is a Fact*, that, affiant has reason to believe and do so believe, NewRez LLC, f/k/a New Penn Financial, LLC d/b/a Shellpoint Mortgage., any and all agents and assigns, are in violation of and is a violation of 18 U.S. Code § 1341 by knowingly participating in the fraud through the US Mail.

*Notice, it is a Fact*, without an affidavit response with a rebuttal, point for point, then I am conditionally accepting your non-reasonable response, as frivolous, and I will file default judgment in the favor of the interest of I the consumer, holder in due course, attorney, and administrator in fact.

*Notice, it is a Fact, that,* I, agent for principal AYANNA U SPIKES used my Social Security Number as part of an application for a loan. Which would give me security interest in relation to any and all chattel paper under my financial records regarding Loan No. ▮▮▮▮▮▮▮ under CA Com Code § 9203.

*Notice, it is a Fact,* and I, agent for principal AYANNA U SPIKES is aware, an unrebutted affidavit stands as truth in commerce.

*Notice, it is a Fact*, that, Trustee(s) in nonjudicial foreclosure(s) are not a true trustee with fiduciary duties, but rather a common agent for the trustor and beneficiary. The there is no contract between the trustee and the trustor/owner/settlor consenting to a nonjudicial foreclosure sale. Nor has affiant given consent to such a sale. This can be possible Mortgage Identify Theft.

*Notice, it is a Fact*, that, I, agent for principal AYANNA U SPIKES affiant, is invoking my rights pursuant to 15 U.S.Code § 1692c(c), I demand you to cease any collection activity and foreclosure action regarding alleged debt until you can provide me with the requested information in this affidavit herein.

*Notice, it is a Fact*, that NewRez LLC d/b/a Shellpoint Mortgage Servicing's Document Verification Specialist, Mariah Royce signed a Substitution of Trustee Document as Beneficiary on January 30,2023. Is she employed by MERS? Who is listed as Beneficiary on the CORPORATION ASSIGNMENT OF DEED OF TRUST. Which was signed by MERS Vice President, STEPHANIE NICOLE WASSEL on November 23, 2020. Can the Trustee also be the Beneficiary? Why is MERS Still Listed as Beneficiary if NewRez is the Beneficiary?

*Notice, it is a Fact*, that NewRez LLC d/b/a Shellpoint Mortgage Servicing C/O QUALITY LOAN SERVICE CORPORATION Assistant Secretary Stephanie Echeverria signed as a Trustee and Debt Collector on a Notice filed 2/14/2023 at the Sacramento County Recorder's Office. APN No.: 200-0112-002-0000; TS No.: CA-22-943266-AB; Order No.: ▮▮▮▮▮▮▮

This is a formal Request For Accounting under U.C.C. 9 – 210 and CA Com Code § 9210 and other applicable laws. This communication in reference to the alleged contractual relationship. I have a right to an authenticated record of accounting. *I am not requesting a statement of account*, but for an **authenticated record** of the accounting. I am hereby disputing the alleged debt, and to require that you provide the requested information within the time allotted by law, which is *14 calendar-days under U.C.C. 9 – 210 and CA Com Code § 9210. This is Estoppel. Cease and Desist. Any responses out of the scope of the request are considered a non-response. Produce Original Wet-Ink Signature Documents to prove you are holder in due course in association to Loan No.* ▓▓▓▓▓ *pursuant of US Title 18, Part 1, Chapter 101-2071.*

This **authenticated** record must include all tax filings (including all 1099's, 1096's, and 1098's) any and all trades and/or investments and/or interests associated with this account of which I are alleged to be a party. Ab initio *"from the beginning"* including any and all **ALLONGES** that have been attached to reassigned notes to successors and assigns related to the security. I have a right to this information, as its directly associated with the reporting activities associated with my financial record. It is believed that this was and/or is considered a consumer debt, and is classified as household goods exempt from taxation. The associated debt was not used for commercial purposes nor for-profit and/or gain as defined by the Uniform Commercial Code article 9 section 102 and 109 and CA Com Code § 9102 and CA Com Code § 9109!

Please correct your records to reflect the aforementioned, my property is neither real estate, nor investment property, it is private property, and under the right to property clause of the Bill of Rights for the State and for the united States of America, this is my possession, my property, my interest, and I do not wish to be libeled by any other attempts to seize what is mine by right and this is my notice of equitable subrogation.

Please provide proof that NewRez LLC, f/k/a New Penn Financial, LLC d/b/a Shellpoint Mortgage., any and all agents and assigns are in fact the Note Holder in Due Course and have standing as a party of interest in this Promissory Note as I the affiant have reason to believe they have sold the note under "mortgage backed securities instrument" to investors under a pooling interest.

For NewRez LLC, f/k/a New Penn Financial, LLC d/b/a Shellpoint Mortgage., any and all agents and assigns to stipulate via affidavit that they are in fact a Creditor in this loan/security agreement. A Creditor needs to show true double entry accounting debits of the loss as result of the issuance of the loan. According to Generally Accepted Accounting Principles (GAAP). If NewRez LLC, f/k/a New Penn Financial, LLC d/b/a Shellpoint Mortgage., any and all agents and assigns are unable to produce proof of claim, they have no standing in any future controversy.

## U.C.C. 9 – 210 and CA Com Code § 9210. REQUEST FOR ACCOUNTING; REQUEST REGARDING LIST OF COLLATERAL OR STATEMENT OF ACCOUNT.

(a) [Definitions.] (1) "Request" means a record...

(2) **"Request for an accounting" means a record authenticated**

(a) [Definitions.] (1) "Request" means a record...

(2) **"Request for an accounting" means a record authenticated**

(b) [Duty to respond to requests.] ... shall comply with a request within 14 days after receipt:

(1) **in the case of a request for an accounting, by authenticating and sending to the debtor an accounting;** and...

(e) [Request for accounting or regarding statement of account; no interest in obligation claimed.]
A person that receives a request for an accounting or a request regarding a statement of account..., and claimed an interest in the obligations at an earlier time **shall comply with the request within 14 days after receipt by sending to the debtor an authenticated record**:

(1) disclaiming any interest in the obligations; and

(2) if known to the recipient, providing the name and mailing address of any assignee of or successor to the recipient's interest in the obligations.

As noted above you have a duty and/or obligation to respond with the appropriate information within the time frame allotted and or permitted by law pursuant to U.C.C. 9 – 210 and CA Com Code § 9210, in conjunction with other related laws and/or statutes of limitations. Because this is associated with a debt that is being reported the following principles associated with my rights applies respectively, **THE FAIR DEBT COLLECTION PRACTICES ACT, THE FAIR CREDIT REPORTING ACT,** and/or **THE TRUTH IN LENDING ACT,** penalties and assessments and/or failure to act and/or failure to comply with the statutory requirements, please be advised.

## CONCLUSION

You have 14 days from the date of delivery to respond to this notice. Should there be dishonor in the aforementioned requested documentation by way of unrebutted affidavit, failure to disclose requested documents or failure of response, and general response on your part is a nullity. Also, any particular requests to rectify any fault by NewRez LLC, f/k/a New Penn Financial, LLC d/b/a Shellpoint Mortgage., any and all agents and assigns, herein, will serve as acquiescence and your agreement to a default judgment against your company for the dishonor of the negotiable instrument, bank fraud, creation of the false and deceptive form, mishandling of goods, compromising my relationship with other financial institutions and including stress caused to me in the attempt of exercising my rights in good faith. However, I do in good faith expect you to handle these matters with extraordinary care to address all subject matter.

Declarant/Affiant states that parties who wish to dispute or rebut claims of fact and understanding herein, or make counterclaims thereto, must provide rebuttal in written form, point by point, verified by certified documentation and accompanied by copies of lawful evidence. Responses must be signed under Oath and or Attestation and written under the signer's full commercial capacity and signed under penalty of perjury pursuant to 28 U.S.C. 1746 stating that the facts contained in your rebuttal are true, correct and not misleading, mere declarations are insufficient. Interested Parties have the lawful duty and obligation to respond as described herein to the address provided below by registered mail no later than fourteen (14) days from the date of receipt of this notice pursuant to U.C.C. 9 – 210 and CA Com Code § 9210.

In connection with this Notice, I sign as autograph hereto 28 U.S. Code § 1746 (1) - Unsworn declarations under penalty of perjury U.S. Code. Notice that wherever, under any law of the united States or under any rule, regulation, order, or requirement made pursuant to law, any matter is required or permitted to be supported, evidenced, established, or proved by the sworn declaration, verification, certificate, statement, oath, or affidavit, in writing of the person making the same (other than a deposition, or an oath of office, or an oath required to be taken before a specified official other than a notary public), such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration, certificate, verification, or statement, in writing of such person which is subscribed by him, as true under penalty of perjury, and dated.

*If executed [without the United States, its territories, possessions, or commonwealths]:*
"I declare under penalty of perjury under the laws of the united States of America that the foregoing is true and correct. Executed on this 18th day of March, 2023.

By: _Spikes, Ayanna Umeka_  

    *Natural Woman, Secured Party Creditor/Settlor*
    *Attorney-In-Fact, Authorized Representative for*
    *AYANNA U SPIKES, ENS LEGIS*
    *UCC 1-207; UCC 1-308; UCC 3-402 (CA Com Code § 1308 & CA Com Code*
    *All Rights Reserved, Without Recourse, Without Prejudice*
    *c/o 7036 Cantel Way*
    *North Highlands, California [95660]*
    *[non-domestic w/o U.S.]*

(Added Pub. L. 94–550, § 1(a), Oct. 18, 1976, 90 Stat. 2534.) not limited to, I am in good faith.

Enclosed:
"Accepted for Value" Notice Of Default (11pgs)
Copy of Substitution of Trustee (3pgs)
Copy of Corporation Assignment of Deed of Trust (1pgs)


CC:
To: Dept of Treasury
Internal Revenue Service -CID
Ogden, Utah 84201-0010

To: U.S. Securities and Exchange Commission (SEC)
Office of Investor Education and Advocacy
100 F. Street N.E.
Washington , DC 20549-0213

UNITED WHOLESALE MORTGAGE
attn: Andrew Hubacker – Chief Financial Officer
585 South Blvd. E.
Pontiac, Michigan 48341
Certified Mail # 70210950000131843475

To: Consumer Response Center
Federal Trade Commission
Washington, D.C. 20580

Registered Mail# RE165520674US

## Shellpoint
Mortgage Servicing

February 16, 2023

AYANNA U SPIKES
7036 CANTEL WAY
NORTH HIGHLANDS, CA 95660
Original Borrower

Re:  Foreclosure Prevention Alternatives

Loan No.:
Trustee Sale No.:  CA-22-943266-AB
Property Address:  7036 CANTEL WAY, NORTH HIGHLANDS, CA 95660
Mortgage Servicer:  NewRez LLC, f/k/a New Penn Financial, LLC d/b/a Shellpoint Mortgage
Servicing

Dear AYANNA U SPIKES:

A Notice of Default, the first legal action in the California non-judicial foreclosure process, has been
recorded against the above-referenced property. Unless you have previously exhausted the first lien loan
modification process available to you as the Borrower(s) pursuant to California Civil Code Section
2923.6, you may be evaluated for one or more foreclosure prevention alternatives.

In order to be evaluated, you must submit a complete written application along with the required
supporting documentation. To obtain a copy of the application and a list of what supporting
documentation is needed, contact your Mortgage Servicer by calling: 800-365-7107 or writing to:

NewRez LLC, f/k/a New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing
55 Beattie Place, Suite 500
Greenville, SC 29601

This notice does not stop the non-judicial foreclosure process. This notice does not constitute an offer or
representation that you qualify or will be approved for any foreclosure prevention alternative(s). You
should contact a lawyer if you have any questions about your legal rights.

NewRez LLC, f/k/a New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing

**In the event you have received an order of discharge from a bankruptcy court as to this debt and
are under the protection of federal bankruptcy law, this communication is solely for informational
purposes and is not an attempt to collect a debt. NewRez LLC, f/k/a New Penn Financial, LLC
d/b/a Shellpoint Mortgage Servicing, to the extent allowed by law, is attempting to collect a debt.
Any information obtained by NewRez LLC, f/k/a New Penn Financial, LLC d/b/a Shellpoint
Mortgage Servicing will be used for that purpose.**

Quality Loan Service Corp.
Return Mail Processing
2763 Camino Del Rio S., 1st FL
San Diego, CA 92108



7196 9002 3371 1170 8393

# ACCEPTED FOR VALUE
# RETURED FOR VALUE
# SETTLEMENT AND
# CLOSURE OF
# ACCOUNTING

CA-22-941266-AB
AYANNA D SPIKES
7036 CANTEL WAY
NORTH HIGHLANDS, CA 95660

18143996

*US02*



Sacramento County
Donna Allred, Clerk/Recorder

| | | |
|---|---|---|
| Doc # **202302140876** | Fees | $104.00 |
| 2/14/2023    2:48:41 PM | Taxes | $0.00 |
| BML    Electronic | PCOR | $0.00 |
| Titles    1 | Paid | $104.00 |
| Pages    4 | | |

APN No.: 200-0112-002-0000
Recording requested by:
Quality Loan Service Corp

When recorded mail to:
Quality Loan Service Corporation
2763 Camino Del Rio South
San Diego, CA 92108

ACCEPTED FOR
VALUE

TS No.: CA-22-943266-AB
Order No.: 02-22-0052291
Property Address: 7036 GANTED WAY, NORTH HIGHLANDS, CA 95660

Space above this line for Recorder's use

RETURED FOR VALUE

IMPORTANT NOTICE
NOTICE OF DEFAULT AND ELECTION TO SELL
UNDER DEED OF TRUST

SETTLEMENT AND

NOTE: THERE IS A SUMMARY OF THE INFORMATION IN THIS
DOCUMENT ATTACHED TO THE COPY PROVIDED TO THE
MORTGAGOR OR TRUSTOR (Pursuant to Cal. Civ. Code § 2923.3)

CLOSURE OF

注：本文件包含一个债息摘要

ACCOUNTING

참고사항: 본 첨부 문서에 정보 요약서가 있습니다

NOTA: SE ADJUNTA UN RESUMEN DE LA INFORMACIÓN DE ESTE
DOCUMENTO
TALA: MAYROONG BUOD NG IMPORMASYON SA DOKUMENTONG
ITO NA NAKALAKIP
LƯU Ý: KÈM THEO ĐÂY LÀ BẢN TRÌNH BÀY TÓM LƯỢC VỀ THÔNG
TIN TRONG TÀI LIỆU NÀY

**IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS, IT MAY BE SOLD WITHOUT ANY COURT ACTION,** and you may have the legal right to bring your account in good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account, which is normally five business days prior to the date set for the sale of your property. No sale date may be set until approximately 90 days from the date this Notice of Default may be recorded (which date of recordation appears on this notice). This amount is $20,748.46 as of 2/14/2023 and will increase until your account becomes current.

While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your note and deed of trust or mortgage. If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the note and deed of trust or mortgage, the beneficiary or mortgagee may insist that you do so in order to reinstate your account in

TS No.: CA-21-943268-AB

ACCEPTED FOR

good standing. In addition, the beneficiary or mortgagee may require as a condition of reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

Upon your written request, the beneficiary or mortgagee will give you a written itemization of the entire amount you must pay. You may not have to pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made. However, you and your beneficiary or mortgagee may mutually agree in writing prior to the time the notice of sale is posted (which may not be earlier than three-months after this Notice of Default is recorded) to, among other things, (1) provide additional time in which to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2).

Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, you have only the legal right to stop the sale of your property by paying the entire amount demanded by your creditor.

To find out the amount you must pay, or to arrange for payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact:

NewRez LLC d/b/a Shellpoint Mortgage Servicing
C/O QUALITY LOAN SERVICE CORPORATION
2763 Camino Del Rio S
San Diego, CA 92108
619-645-7711

If you have any questions, you should contact a lawyer or the governmental agency which may have insured your loan. Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale provided the sale is concluded prior to the conclusion of the foreclosure.

Remember, YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.

NOTICE IS HEREBY GIVEN: That the undersigned is either the original trustee, the duly appointed substituted trustee, or acting as agent for the trustee or beneficiary under a Deed of Trust dated 7/29/2019, executed by AYANNA U SPIKES, UNMARRIED WOMAN, AS SOLE OWNER, as Trustor, to secure certain obligations in favor of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS BENEFICIARY, AS NOMINEE FOR UNITED WHOLESALE MORTGAGE, ITS SUCCESSORS AND ASSIGNS , as beneficiary, recorded 7/30/2019, as Instrument No. 201907301703, and modified as per Modification Agreement recorded 4/12/2022 as Instrument No. 202204120738 of Official Records in the Office of the Recorder of SACRAMENTO County, California describing land therein: as more fully described in said Deed of Trust.

Said obligations including 1 NOTE(S) FOR THE ORIGINAL sum of $285,729.00, that the beneficial interest under such Deed of Trust and the obligations secured thereby are presently held by the beneficiary; that a breach of, and default in, the obligations for which such Deed of Trust is security has occurred in that payment has not been made of:

TS No.: CA-22-943266-AB

The installments of principal and interest which became due on 4/1/2022, and all subsequent installments of principal and interest through the date of this Notice, plus amounts that are due for late charges, delinquent property taxes, insurance premiums, advances made on senior liens, taxes and/or insurance, trustee's fees, and any attorney fees and court costs arising from or associated with the beneficiaries efforts to protect and preserve its security, all of which must be paid as a condition of reinstatement, including all sums that shall accrue through reinstatement or pay-off. Nothing in this notice shall be construed as a waiver of any fees owing to the Beneficiary under the Deed of Trust pursuant to the terms of the loan documents.

That by reason thereof, the present beneficiary under such deed of trust, has executed and delivered to said duly appointed Trustee, a written Declaration of Default and Demand for same, and has deposited with said duly appointed Trustee, such deed of trust and all documents evidencing obligations secured thereby, and has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.

Pursuant to the attached Declaration, the mortgage servicer declares that it has contacted the borrower, tried with due diligence to contact the borrower as required by California Civil Code § 2923.55 or § 2923.5, or is otherwise exempt from the requirements of § 2923.55 and §2923.5.

If you have previously been discharged through bankruptcy, you may have been released of personal liability for this loan in which case this letter is intended to exercise the note holders right's against the real property only.

QUALITY MAY BE CONSIDERED A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Dated:   FEB 1 4 2023          Quality Loan Service Corp., Trustee

By: Stephanie Echeverria, Assistant Secretary

Registered Mail# RE165520674US

**CALIFORNIA DECLARATION OF COMPLIANCE**
**(CAL. CIV. CODE § 2923.55)**

Borrower(s):    AYANNA U SPIKES
Property Address:    7036 CANTEL WAY, NORTH HIGHLANDS, CA 95660
Trustee Sale No.:    CA-22-943266-AB

The undersigned, as an authorized agent or employee of the mortgage servicer named below, declares as follows:

1. [ X ] The mortgage servicer has contacted the borrower to assess the borrower's financial situation and explore options for the borrower to avoid foreclosure as required by California Civil Code § 2923.55(b)(2). Thirty days have passed since the initial contact was made.

2. [ ] The mortgage servicer has tried with due diligence to contact the borrower as required by California Civil Code § 2923.55(f) but has not made contact despite such due diligence. The due diligence efforts were satisfied on _____.

3. [ ] No contact was required because the individual did not meet the definition of "borrower" under California Civil Code § 2920.5(c).

4. [ ] The requirements of California Civil Code § 2923.55 do not apply because the loan is not secured by first lien mortgage or deed of trust on "owner-occupied" residential real property as defined by California Civil Code § 2924.15.

I certify that this declaration is accurate, complete and supported by competent and reliable evidence which the mortgage servicer has reviewed to substantiate the borrower's default and the right to foreclose, including the borrower's loan status and loan information.

NewRez LLC, f/k/a New Penn Financial, LLC d/b/a
Shellpoint Mortgage Servicing

Dated: 2-9-2023

_Signature of Agent or Employee_

Alfonso Ramirez - Loss Mitigation Specialist
Printed Name of Agent or Employee

ACCEPTED FOR VALUE
RETURED FOR VALUE
SETTLEMENT AND
CLOSURE OF
ACCOUNTING

**ATTACHMENT TO NOTICE OF DEFAULT**

Trustee Sale Number: CA-22-943266-AB

## NOTICE OF DEFAULT
## SUMMARY OF KEY INFORMATION

The attached notice of default was sent to AYANNA U SPIKES, UNMARRIED WOMAN, AS SOLE OWNER, in relation to 7036 CANTEL WAY, NORTH HIGHLANDS, CA 95660. This property may be sold to satisfy your obligation and any other obligation secured by the deed of trust or mortgage that is in default. AYANNA U SPIKES, UNMARRIED WOMAN, AS SOLE OWNER has, as described in the notice of default, breached the mortgage or deed of trust on the property described above.

IMPORTANT NOTICE: IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS, IT MAY BE SOLD WITHOUT ANY COURT ACTION, and you may have the legal right to bring your account in good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account, which is normally five business days prior to the date set for the sale of your property. (No sale date may be set until approximately 90 days from the date the attached notice of default may be recorded, which date of recordation appears on the notice).

This amount is $20,743.64 as of 1/10/2023 and will increase until your account becomes current.

While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your note and deed of trust or mortgage. If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the note and deed of trust or mortgage, the beneficiary or mortgagee may insist that you do so in order to reinstate your account in good standing. In addition, the beneficiary or mortgagee may require as a condition to reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

Upon your written request, the beneficiary or mortgagee will give you a written itemization of the entire amount you must pay. You may not have to pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made. However, you and your beneficiary or mortgagee may mutually agree in writing prior to the time the notice of sale is posted (which may not be earlier than three months after this notice of default is recorded) to, among other things, (1) provide additional time in which to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2).

Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, you have only the legal right to stop the sale of your property by paying the entire amount demanded by your creditor.

To find out the amount you must pay, or to arrange for payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact:

Registered Mail# RE165520674US

Trustee Sale Number: CA-22-943266-AB

**NewRez LLC d/b/a Shellpoint Mortgage Servicing**
**C/O QUALITY LOAN SERVICE CORPORATION**
**2763 Camino Del Rio S**
**San Diego, CA 92108**
**619-645-7711**

If you have any questions, you should contact a lawyer or the governmental agency which may have insured your loan.

Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale provided the sale is concluded prior to the conclusion of the foreclosure.

Remember, YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.

If you would like additional copies of this summary, you may obtain them by calling **619-645-7711**.

ACCEPTED FOR VALUE
RETURED FOR VALUE
SETTLEMENT AND
CLOSURE OF
ACCOUNTING

Civil Code Section 2923.3(c)(2)                                    (Revised 01/21)

Registered Mail# RE165520674US

Trustee Sale Number: CA-22-943266-AB

違約通知
關鍵信息摘要

本文中包含有關　7036 CANTEL WAY, NORTH HIGHLANDS, CA 95660
（所‑固定抵押貸款或產權契約違約的房產描述）

的違約通知發送給　AYANNA U SPIKES, UNMARRIED WOMAN, AS SOLE OWNER 。
（委託人姓名）

該房產正在被出售，以保護你們的產權契約，抵押貸款或所有者的任何具體業務。AYANNA U
SPIKES, UNMARRIED WOMAN, AS SOLE OWNER
（委託人）

如違約此文中房屋描述所示，及該房產的抵押貸款或產權契約。

重要注意事項：如果你的房產陷入違約並進入法拍程序，可能不經任何法庭行動而被出售。你
可能有權利在法律允許的恢復期/時間內，支付你所有的逾期款項，加上應付的成本和費用，使你的帳
戶保持良好信譽。

時間通知規定你在出售日期前的五個工作日之前，法拍日期要到本文中包含的違約通知被記錄在案（
記錄日期出現在通知上一個月的日期）3個月後。

這‑金額在 $20,748.46 時為　2/14/2023，並會增加，直到你的帳戶回歸正常。
（日期）

*[overlaid stamp text: ACCEPTED FOR VALUE RETURED FOR VALUE SETTLEMENT AND CLOSURE OF ACCOUNTING]*

當你的房產進入法拍程序，你仍須支付應付票據和產權契約或抵押貸款的其它付款義務（如保險費和稅
金）。如果你沒有支付接下來的貸款，房地產稅，或財產保險及其它應付票據和產權契約或抵押貸款所
要求的付款義務，受益人或抵押權人可以堅持要求你履行這些義務，以恢復你的帳戶信譽。此外，受益
人或抵押權人可以以恢復你的帳戶為條件，要求你提供已經付清需優先處理的放置在你產權上的債務，
房地產稅及財產保險保費的可靠書面証據。

一旦你書面申請，受益人或抵押權人會提供給你分類支付的全部帳單金額。雖然要求全額付款，你可以
不用支付賬戶中的全部未付款，但你必須支付所有已逾期的款項。但是，你和你的受益人或抵押權人在
發布法拍書面通知前（本通知被記錄在案的3個月后），可以以書面形式相互同意，其中包括（1）提供
更多的時間來轉讓房產及以其它方式糾正違約，或（2）建立付款時間表以糾正違約，或兩者兼而有之。

當本通知第一段中提到的時間段到期，如果法拍未進行，或者你和你的債權人之間有單獨的書面協議允
許更長的時間，你變有在支付你債權人所要求的全部金額后，才有權利停止債權人出售你的房產。

Registered Mail# RE165520674US

Trustee Sale Number: CA-22-943266-AB

如果要了解必須支付的款項或安排支付以停止法拍，或者要了解你的房產進入法拍程序的其他原因，請聯系：

New Rez LLC d/b/a Shellpoint Mortgage Servicing C/O QUALITY LOAN SERVICE CORPORATION
(受益人或抵押權人的名稱)

2763 Camino Del Rio S, San Diego, CA 92108
(聯絡地址)

619-645-7711
(電話)

如果你有任何疑問，應容詢律師及可能為你的貸款提供擔保的政府機構。盡管事實上你的房產已進入法拍程序，你可以上市出售你的房產。重要的程序須在法拍程序結束之前完成即可。

請記住，如果你不迅速採取行動，你可能失去法律權利。

如果你想獲得更多的本摘要副本，請撥打下列電 619-645-7711 。
(電話號碼)

...

~~ACCEPTED FOR VALUE RETURED FOR VALUE SETTLEMENT AND CLOSURE OF ACCOUNTING~~

Notice of Default-Chinese (Revised 01/21)

Trustee Sale Number: CA-22-943266-AB

채무 불이행 통지서

주요 정보 요약

**ACCEPTED FOR VALUE RETURED FOR VALUE SETTLEMENT AND CLOSURE OF ACCOUNTING**

첨부된 채무 불이행 통지서가 AYANNA U SPIKES, UNMARRIED WOMAN, AS SOLE OWNER 에게 발송되는 것이며,

(신탁설정자 성명)

이는 7036 PAINTED WAY, NORTH HIGHLANDS, CA 95660 에 관련된

(채무 불이행 하다거나 또는 신탁 증서로 보증되는 부동산에 대한 설명)

것입니다.

이 부동산은 귀하의 채무 또는 신탁 증서나 저당권에 의해 보증된 기타 채무를 이행하기 위해 매각될 수 있습니다. 채무 불이행 통지서에서 설명된 바와 같이, AYANNA U SPIKES, UNMARRIED WOMAN, AS SOLE OWNER 는

(신탁설정자)

상기 설명된 부동산의 저당권 또는 신탁 증서를 위반했습니다.

　　중요 통보: 귀하의 부동산이 체납으로 인해 차압이 진행 중인 경우, 그 부동산은 법원의 판결 없이 매각될 수 있으며, 귀하에게는 모든 미불금과 허용 가능 원가 및 법이 허용하는 시간 내에 계정 복구를 위한 비용을 지불함으로써 귀하의 계정을 완불 상태로 만들 수 있는 법적 권리가 있으며, 이 허용 시간은 보통 영업일로 부동산의 매각 예정일로부터 5일 전입니다. 부동산 매각 날짜는 채무 불이행 통지가 기록되는 날짜(통지서에 기재되어 있음)로부터 약 90일 이내로 정해질 수 없습니다.

　　이 금액은 $20,748.46 현재 2/14/2023 이며, 귀하의 계정이 기한 내

(날짜)

지불 상태가 될 때까지 증가할 것입니다.



Recording Requested By:
Quality Loan Service Corporation
2763 Camino Del Rio South
San Diego, CA 92108

When Recorded Mail to:
Quality Loan Service Corporation
2763 Camino Del Rio South
San Diego, CA 92108
619-645-7711

Sacramento County
Donna Allred, Clerk/Recorder

Doc # **202302080003**   Fees    $101.00
2/8/2023      8:04:45 AM    Taxes    $0.00
JL            Electronic    PCOR     $0.00
Titles    1                 Paid     $101.00
Pages     3

## Substitution of Trustee

## TITLE OF DOCUMENT

TS No.: CA-22-943266-AB

Recording requested by:

When recorded mail to:

Quality Loan Service Corporation
2763 Camino Del Rio South
San Diego, CA 92108
619-645-7711

TS No.: CA-22-943266-AB
APN. No.: 200-0112-002-0000

Space above this line for recorders use

# Substitution of Trustee

WHEREAS, AYANNA U SPIKES, UNMARRIED WOMAN, AS SOLE OWNER was the original Trustor, JOHN D. DUNCAN, ESQ. was the original Trustee, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS BENEFICIARY, AS NOMINEE FOR UNITED WHOLESALE MORTGAGE, ITS SUCCESSORS AND ASSIGNS was the original Beneficiary under that certain Deed of Trust dated 7/29/2019 and recorded on 7/30/2019 as Instrument No. 201907301703 of Official Records of SACRAMENTO County, CA; and

WHEREAS, the undersigned is the present Beneficiary under said Deed of Trust, and

WHEREAS, the undersigned desires to substitute a new Trustee under said Deed of Trust in place and stead of said original Trustee, or Successor Trustee, thereunder, in the manner provided for in said Deed of Trust,

NOW, THEREFORE, the undersigned hereby substitutes **QUALITY LOAN SERVICE CORPORATION** as Trustee under said Deed of Trust.

Whenever the context hereof so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural

RE165520674US

NewRez LLC d/b/a Shellpoint Mortgage Servicing

_Mariah Royce_

By:
Name: Mariah Royce
Title: Document Verification Specialist

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

State of: South Carolina)

County of: Greenville )

On this 1/30/2023 before me Teresa H- Hubner notary public personally appeared Mariah Royce , who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under *PENALTY OF PERJURY* under the laws of the state of South Carolina that the foregoing paragraph is true and correct.

*Witness* my hand and official seal.

Signature (NOTARY SEAL)

TERESA H HUBNER
MY COMMISSION
EXPIRES
8/23/2026
NOTARY PUBLIC
SOUTH CAROLINA

Registered No. RE165520674US

| Postage $ $2.22 | Extra Services & Fees (continued) |
|---|---|
| **Extra Services & Fees** | ☐ Signature Confirmation $ |
| ☐ Registered Mail $ $15.25 | ☐ Signature Confirmation Restricted Delivery $ |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | **Total Postage & Fees** |
| ☐ Restricted Delivery $ $0.00 | $ $17.47 |
| Customer Must Declare Full Value $0.00 | Received by 03/20/2023 |
| $ | |

Date Stamp

SACRAMENTO ROYAL OAKS CA 958... USPS

MAR 20 2023

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM

AYANNA UMEKA SPIKES ESTATE
SACRAMENTO Executor Office 13
Nation California.
General-Post Office.
General-Post Box - 661321.
Sacramento.
United States Minor, Outlying Islands.
Near. [95866-9998]

TO

**To: NewRez LLC, f/k/a New Penn Financial, LLC d/b/a Shellpoint Mortgage**
**c/o Mariah Royce – D.V.S. NewRez LLC**
**d/b/a Shellpoint Mortgage Servicing**
**55 Beattie Place, Suite 500**
**Greenville, SC 2960...**

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

PS Form 3806, April 2015, PSN 7530-02-000-9051

1 - Customer
(See Information on Reverse)

For domestic delivery information, visit our website at www.usps.com ®

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

San Diego OFFICIAL USE

| Certified Mail Fee | |
|---|---|
| $ | $4.15 |
| | $7.75 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ $11.00
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postage
$ $1.98

Total Postage and Fees
$ $9.48

USPS 92813 OAKS
Postmark Here
MAR 20 2023
NTO CA 92813
03-20-2023

Sent To
Quality Loan Service Corp
Street and Apt. No., or PO Box No.
2763 Camino Del Rio South
City, State, ZIP+4®
San Diego, CA 92108

7021 0950 0001 3184 3574

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

NewRez LLC dba Shellpoint Mortgage
C/o Quality Loan Service Corp
Attn: Stephanie Echeverria
2
S

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Taryn_
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Taryn S.

C. Date of Delivery
3/23/23

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**U.S. Postal Service**

# CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

7021 0950 0001 3184 3567

| | |
|---|---|
| Certified Mail Fee | $4.15 |
| $ | $3.35 |

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $1.98

Total Postage and Fees $7.48

Postmark
MAR 0 2023
SACRAMENTO CA 958

Sent To: Mortgage Electronic Registration Systems, Inc. (MERS)
Attn: STEPHANIE NICOLE WESSEL, VICE PRESIDENT
1901 East Vorhees Street, Suite C
Danville, IL 61834

---

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

To: Mortgage Electronic Registration Systems, Inc. (MERS)
Attn: STEPHANIE NICOLE WESSEL, VICE PRESIDENT
1901 East Vorhees Street, Suite C
Danville, IL 61834

9590 9402 7340 2028 9897 72

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)

7021 0950 0001 3184 3567

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

# NOTICE OF DEFAULT
# REGISTERED "JUDGMENT"
# OF
# UN-REBUTTED AFFIDAVIT

Herein Bound/Attached and so named as

**"AFFIDAVIT FOR CEASE AND DESIST, REQUEST FOR ACCOUNTING"**
Registered Mail# RE165520674US

I, hereby Certify that on this;

the 8th day of April, 2023; on/or after the 14th day following the date of the Bound/Attached "AFFIDAVIT
FOR CEASE AND DESIST, REQUEST FOR ACCOUNTING" that was properly served
the 23rd day of March, 2023 by Registered Mail# RE165520674US;

I hereby declare by my Honor and under my Authority as one of
"We the People" and under the laws of the united States of America in that an affidavit
un-rebutted in becomes the judgement. No Public Official can war against laws they have taken an oath to
uphold.

By: _Spikes, Ayanna_
UCC 1-207; UCC 1-308; UCC 3-402 (CA Com Code § ... & CA Com Code § 3402)

Printed Full Name: _____AYANNA UMEKA SPIKES©_____

Post Mailed in North Highlands, California by my hand.

## JURAT and ACKNOWLEDGEMENT:

California State     }
              }ss
Sacramento County    }

**SUBSCRIBED AND AFFIRMED:** On this 8th day of April, 2023 AD, before me appeared
_Ayanna-Umeka: Spikes_ known to me or proved to me on the basis of satisfactory evidence to be
the Man whose name is subscribed on this **"NOTICE OF DEFAULT REGISTERED
"JUDGMENT" OF UN-REBUTTED AFFIDAVIT"** Witnessed by my hand and official stamp.

WITNESS my hand and official seal.          [Seal]

SEE ATTACHMENT



By: Spikes, Ayana-Iheka


# JURAT FORM

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA )

COUNTY OF SACRAMENTO )

Subscribed and sworn to (or affirmed) before me on this 8th day of

APRIL , 20 23 by AYANNA UMEKA SPIKES

proved to me on the basis of satisfactory evidence to be the person(s) who appeared

before me. CLETUS UCHE DURU, NOTARY PUBLIC

_____ (NOTARY SEAL)
NOTARY PUBLIC SIGNATURE

CLETUS UCHE DURU
COMM. # 2354511
NOTARY PUBLIC - CALIFORNIA
SACRAMENTO COUNTY
COMM. EXPIRES APR. 16, 2025

---

## OPTIONAL INFORMATION

THIS OPTIONAL INFORMATION SECTION IS NOT REQUIRED BY LAW BUT MAY BE BENEFICIAL TO PERSONS RELYING ON THIS NOTARIZED DOCUMENT.

TITLE OR TYPE OF DOCUMENT NOTICE OF DEFAULT REGISTERED JUDGMENT OF UN-REBUTTED AFFIDAVIT.

DATE OF DOCUMENT 4-08-2023

When executing a jurat, a notary shall administer an oath of affirmation to the affiant and shall determine, from satisfactory evidence, that the affiant is the person executing the document. The affiant shall sign the document in the presence of the notary.



**Registered No.**
RE165520705US

**Date Stamp**
0841
60

| Postage $ | $2.22 | Extra Services & Fees (continued) | |
|---|---|---|---|
| Extra Services & Fees | | ☐ Signature Confirmation | |
| ☐ Registered Mail $ | $15.25 | $ | |
| ☐ Return Receipt (hardcopy) $ | $0.00 | ☐ Signature Confirmation Restricted Delivery | |
| ☐ Return Receipt (electronic) $ | $0.00 | $ | |
| ☐ Restricted Delivery $ | $0.00 | Total Postage & Fees | |
| | | $ | $17.47 |
| Customer Must Declare Full Value $0.00 | | Received by | |
| $ | | 04/12/2023 | |

Domestic Insurance up to $50,000 is included based upon the declared value. International indemnity is limited (See Reverse).

OFFICIAL USE

SACRAMENTO, CA 95841

**FROM**

**TO**

**To: NewRez LLC, f/k/a New Penn Financial,**
**LLC d/b/a Shellpoint Mortgage**
**c/o Mariah Royce – D.V.S. NewRez LLC**
**d/b/a Shellpoint Mortgage Servicing**
**55 Beattie Place, Suite 500**
**Greenville, SC 29601**

To Be Completed By Customer By Post Office

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

PS Form **3806,** April 2015, PSN 7530-02-000-9051                    - Customer
*(See Information on Reverse)*
For domestic delivery information, visit our website at *www.usps.com* ®

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

San Diego, CA 92108

| Certified Mail Fee | $4.15 |
| --- | --- |
| $ | $3.35 |

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)  $0.00
- ☐ Return Receipt (electronic)  $0.00
- ☐ Certified Mail Restricted Delivery  $0.00
- ☐ Adult Signature Required  $
- ☐ Adult Signature Restricted Delivery  $0.00

| Postage | $2.22 |
| --- | --- |
| Total Postage and Fees | $9.72 |

Sent To: NewRez LLC d/b/a Shellpoint Mortgage Servicing
Street C/O QUALITY LOAN SERVICE CORPORATION
Attn.: Stephanie Echeverria, Assistant Secretary –
City, S Trustee
2763 Camino Del Rio South
San Diego, CA 92108

7021 0950 0001 3184 7244

0841
60

Postmark
Here

APR 12 2023
04/12/2023

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®.*

**OFFICIAL USE**

Danville, IL 61834

| | |
|---|---|
| Certified Mail Fee | $4.15 |
| $ | $7.25 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $2.22 |
| $ | |
| Total Postage and Fees | $9.72 |
| $ | |

Postmark
Here
APR 12 2023
04/12/2023

**To: Mortgage Electronic Registration Systems, Inc. (MERS)**
**Attn: STEPHANIE NICOLE WESSEL, VICE PRESIDENT**
**1901 East Vorhees Street, Suite C**
**Danville, IL 61834**

7021 0950 0001 3184 7251

PS Form

---

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**To: Mortgage Electronic Registration Systems, Inc. (MERS)**
**Attn: STEPHANIE NICOLE WESSEL, VICE PRESIDENT**
**1901 East Vorhees Street, Suite C**
**Danville, IL 61834**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 7340 2028 9897 34

2. Article Number *(Transfer from service label)*

7021 0950 0001 3184 7251

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt



Administrator Office.
"AYANNA UMEKA SPIKES," Estate
Spikes:Ayanna-Umeka, assignee
Nation California
General-Post Office.
General-Post Box - 661321.
Sacramento
United States Minor, Outlying Islands.
Near. [95866-9998]

December 28, 2022

Deutsche Bank National Trust Company
1761 East St. Andrew Place
Santa Ana, California 92705
Attn: Erica Blair

Reference: Loan Type FHA  FHA/VA Case # ▮▮▮▮▮

NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL
NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT

NOTICE OF MEMORANDUM

Dear Ms. Blair,

I am in receipt of the mortgage payoff statement dated
December 13, 2022. This memorandum is to inform you that
I, we, as the original grantor, for the account number
▮▮▮▮▮ retain the liberty to settle all debts on this
account, past, present and future with a check, draft,
money order, or other negotiable instruments according
to public policy. Please be advised that this stands as our
agreement if I do not hear from you with any verified
claim.

Please Govern yourself accordingly.

By: Ayanna-Umeka: Spikes, Beneficiary

cc:
Cathy Dondzila, Controller & Chief accounting Officer
IRS Criminal Investigation (CI) Division

Certified Mail # 7021 0950 0001 3184 3345



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

Santa Ana, CA 92705

| Certified Mail Fee | $4.00 | |
|---|---|---|
| $ | | 0841 |
| Extra Services & Fees *(check box, add fee as appropriate)* | $3.25 | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $1.20 | |
| $ | | |
| Total Postage and Fees | $8.45 | |
| $ | | 05/2023 |

*Sent To* Deutsche Bank National Trust Company
*Street and Apt. No., or PO Box No.* 1761 East St. Andrew Place
*City, State, ZIP+4®* Santa Ana, California 92705
Ref.: NRZ Advance Receivables Trust 2015-
ON1, Series 2019-[___], OC19S1
Attention: Erica Blair

PS Form 3800 for instructions

7021 0950 0001 3184 3345

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|

**SENDER: *COMPLETE THIS SECTION***

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Deutsche Bank National Trust Company
1761 East St. Andrew Place
Santa Ana, California 92705
Ref.: NRZ Advance Receivables Trust 2015-ON1, Series 2019-[__], OC19S1
Attention: Erica Blair

9590 9402 7340 2028 9897 96

2. Article Number *(Transfer from service label)*

7021 0950 0001 3184 3345

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____  ☐ Agent
                    ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery
ALEX                                9/9/23

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☑ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053                    Domestic Return Receipt



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

Fort Washington, PA 19034

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $4.00 |
| | $3.25 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $1.20 |
| Total Postage and Fees | $8.45 |

7021 2720 0003 3737 8349

Sent To

**Attn: Cathy Dondzila**
**DBA: Chief Financial Officer**
**c/o Newrez LLC dba Shellpoint Mortgage**
**Servicing**
**1100 Virginia Drive, Suite 125**
**Fort Washington, PA 19034**

PS Form 38

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|

**SENDER: *COMPLETE THIS SECTION***

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Attn: Cathy Dondzila**
**DBA: Chief Financial Officer**
c/o Newrez LLC dba Shellpoint Mortgage
Servicing
**1100 Virginia Drive, Suite 125**
**Fort Washington, PA 19034**

9590 9402 6505 0346 7915 94

2. Article Number *(Transfer from service label)*

7021 2720 0003 3737 8349

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X *Mikael Eubank*          ☐ Agent
                            ☐ Addressee

B. Received by *(Printed Name)*          C. Date of Delivery

Mikael Eubanks          1/10

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☒ Adult Signature
☒ Adult Signature Restricted Delivery
☒ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt



**MONDAY – FRIDAY:** 8AM – 9PM ET
**SATURDAY:** 10AM – 2PM ET

A DIVISION OF **newrez**

PHONE NUMBER: (800) 365-7107
FAX NUMBER: (866) 467-1187
E-MAIL: LOANSERVICING@SHELLPOINTMTG.COM

April 07, 2023

SPIKES, AYANNA U
7036 CANTEL WAY

NORTH HIGHLANDS, CA 95660

Payoff figures have been requested on the loan for the borrower and property described below.

Loan ID: ████
AYANNA U SPIKES
7036 CANTEL WAY
NORTH HIGHLANDS, CA 95660
Loan Type: FHA  FHA/VA Case #: ████

**ACCEPTED FOR VALUE**
**RETURNED FOR VALUE**
**SETLLEMENT AND**
**CLOSURE OF ACCOUNTING**

When remitting funds, please use our loan number to ensure proper posting and provide us with the borrower's forwarding address. Funds received in this office after 3:00 pm Eastern Time will be processed on the next business day with interest charged to that date.

By. Spikes, Ayanna Umeka

This payoff quote is effective 4/30/2023 and is good through 4/30/2023. Any transactions that occur on or after the effective date may change the payoff amount.

| | |
|---|---|
| **Projected Payoff Date** | 4/30/2023 |
| Principal Balance | $245,316.76 |
| Interest To 4/30/2023 | $9,983.81 |
| Fees | $2,110.21 |
| Prepayment Penalty | $0.00 |
| Release Fees | $190.00 |
| Funds owed by borrower | $9,610.43 |
| Funds owed to borrower | ($4.81) |
| **Total Payoff** | **$267,206.40** |
| Per diem | $23.52 |

The next payment due date is 4/1/2022. Payments are made by Billing on a Monthly basis. The interest rate for this payment is 3.50000% and the P & I payment is 1,101.58. The taxes are next due 12/10/2023.

**PLEASE CALL THE NUMBER LISTED ON THIS FORM TO UPDATE FIGURES PRIOR TO REMITTING FUNDS AS THEY ARE SUBJECT TO CHANGE WITHOUT NOTICE.**

Mailing Address
Shellpoint Mortgage Servicing
75 Beattie Place
Suite LL202
Greenville, SC 29601



**CERTIFIED FUNDS**

Pay to the order of: Quality Loan Service Corporation - Account # 059000360 - $285,729.00

The: Two hundred eighty-five thousand seven hundred twenty-nine 00/00 Dollars

Signed: Spikes, Ayanna-Umeka

VersaCheck Form 1000 Prestige (01/17)
www.versacheck.com

MEMO:

Fiduciary Collector: Post the uncollected funds into the asset column of this account and charge the offer and acceptance for settlement: prepaid
And exempt when entered into the post-closing Balance.

This statement constitutes as Maker's order to pay this instrument upon presentment and indorsement.

As an operation of law, Payee tacitly consents and agrees that there is accord and satisfaction by use of this instrument to satisfy Payee's claim
And maker is hereby discharged from liability on this alleged account and the obligation is suspended in accordance with law as codified
At UCC 3-310 (b), 3-311, 3-603, and Public Policy at House Joint Resolution 192 of June 5, 1933

Maker does not wave timeliness. However, if Payee needs additional time, Payee must present Maker with written request for additional time
Within a reasonable time, setting forth the reason Payee request an extension of time, with good cause shown. The acceptability of any such
Request received by Maker from Payee is conditional upon approval by maker.

In the event this instrument is not presented for payment within a reasonable period of time, and there has been no request for an extension of time with good cause shown,
Payee tacitly consents and agrees that Maker has satisfied/discharged the debt claim re this alleged account

Payee tacitly consents and agrees that Payee has a duty to prevent this debt claim/monetary obligation from damaging maker in any way and that Payee confesses judgment
and Maker reserves the right to initiate a counterclaim against payee, and file a claim against the bond any responsible party including Payee and all principals, agents and
assignee of Payee, whose acts/omissions result in tort damages against Maker



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

To: NewRez LLC d/b/a Shellpoint Mortgage Servicing
C/O QUALITY LOAN SERVICE CORPORATION
Attn: Stephanie Echeverria, Assistant Secretary
Trustee
2763 Camino Del Rio South
San Diego, CA 92108

9590 9402 7340 2028 9899 32

2. Article Number *(Transfer from service label)*

7021 0950 0001 3184 7305

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
x Taryn S.
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*
Taryn S

C. Date of Delivery
4/24/23

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Adult Signature
☒ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

San Diego, CA 92108  OFFICIAL USE

Certified Mail Fee $4.15                     0841

$ $3.35                                        60

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage $2.94                      APR 04/24/2023

Total Postage and Fees
$ $10.44

Sent To: NewRez LLC d/b/a Shellpoint Mortgage Servicing
C/O QUALITY LOAN SERVICE CORPORATION
Street Attn: Stephanie Echeverria, Assistant Secretary
City Trustee
2763 Camino Del Rio South
San Diego, CA 92108

7021 0950 0001 3184 7305

### McCarthy ◆ Holthus

*A Limited Liability Partnership*
*A Multijurisdictional Law Firm*
**2763 Camino Del Rio South, Suite 100**
**San Diego, California 92108**
**Telephone (877) 369-6122**
**Facsimile (619) 685-4811**
**www.McCarthyHolthus.com**
Email to all personnel:
First initial and last name@mccarthyholthus.com

May 5, 2023

*Sent U.S. Mail First Class Mail*

Ayanna U. Spikes
7036 Cantel Way
North Highlands, CA 95660

RE:     Response to your correspondence
        Loan No. Ending xxxxxx■■■
        Property: 7036 Cantel Way, North Highlands, CA 95660
        M&H File No. CA-23-957511-CV

Dear Ms. Spikes:

This office represents Shellpoint Mortgage Servicing ("Shellpoint"), the loan servicer of your loan referenced above. I write in response to your "Affidavit and Request for Accounting" dated March 18, 2023 and directed to Shellpoint.

In your correspondence, you acknowledge obtaining a loan from United Wholesale Mortgage in July 2019, however you appear to dispute whether you owe any debt associated with the account. I understand our correspondence to request a "current accounting" of the amounts you owe. I also understand your correspondence to dispute the debt within the meaning of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692c(c).

Please accept the following information in verification of the debt:

Original Creditor Name: United Wholesale Mortgage
Original Creditor Address: 585 South Boulevard E, Pontiac, MI 48341
Original Loan Balance: $285,729.00
Current Amount Owed (good through 5/19/2023): $267,616.38

Additionally, copies of the Note, Deed of Trust, Payoff Figures, and a Payment History are enclosed.

| Texas Office | Arizona Office | Colorado Office | Idaho Office | Nevada Office | New Mexico Office | Oregon Office | Texas Office | Washington |
|---|---|---|---|---|---|---|---|---|
| Walton Boulevard | 8502 E. Via De Ventura Blvd. | 7709 E. Arapahoe Road | 702 W. Idaho St., | 9510 West Sahara Avenue, | 6501 Eagle Rock NE, | 920 SW 3rd Avenue, | 1255 West 15th Street, | 108 1st Ave |
| Suite 14 | Suite 200 | Suite 230 | Suite 1100 | Suite 200 | Suite A-3 | 1st Floor | Suite 1060 | Suite : |
| Arkansas 72712 | Scottsdale, AZ 85258 | Centennial, CO 80112 | Boise, ID 83702 | Las Vegas, NV 89117 | Albuquerque, NM 87113 | Portland, OR 97204 | Plano, TX 75075 | Seattle, W/ |
| ) 369-6122 | (480) 302-4250 | (877) 369-6122 | (208) 947-7264 | (702) 685-0329 | (505) 219-4900 | (971) 201-3200 | (214) 291-3800 | (206) 59( |

The process of debt verification under the FDCPA "involves nothing more than the debt collector confirming in writing that the amount being demanded is what the creditor is claiming is owed." Mahon v. Credit Bureau of Placer County, Inc., 171 F.3d 1197, 1203 (9th Cir. 1999) (quoting Chaudhry v. Gallerizzo, 174 F.3d 394, 406 (4th Cir. 1999). Based upon the above, Shellpoint has verified the indebtedness.

Your correspondence further states that you believe the billing statements you have received on the loan contained billing errors, however no specific errors are identified. A notice of error must include "a statement of the reasons for the belief of the borrower, to the extent applicable, that the account is in error." 12 U.S.C. § 2605(e)(1)(B)(ii). If you contend that billing errors occurred, please provide details supporting your contention so that it can be reviewed. Without identifying a specific error, Shellpoint is unable to reasonably review and respond to your dispute or to make any corrections to your account.

Finally, my office is also in receipt of certain correspondence and documents you sent to Shellpoint, care of Quality Loan Service Corporation, on or about April 20, 2023, which included a document purporting to be "certified funds" made out to Quality Loan Service Corporation in the amount of $285,729.00. Notwithstanding the document's label as "certified funds," the document was not drawn from a bank account. Please be advised because that the document does not constitute valid legal tender, it is insufficient to satisfy the outstanding balance of your loan. Similarly, your return of a copy of the Note with your own endorsement added and signed in your name does not constitute legal tender and does not satisfy the outstanding debt.

We trust that the enclosed information satisfies your inquiries. If desired, you can reach me directly at 619-685-4800.

Very Truly Yours,
**McCarthy and Holthus, LLP**

Melissa Robbins Coutts, Esq.

Enclosures: Deed of Trust, Note, Payoff Figures, Payment History

**McCarthy & Holthus, LLP may be considered a debt collector attempting to collect a debt that you owe to NewRez LLC d/b/a Shellpoint Mortgage Servicing. Any information obtained will be used for that purpose.**

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by

using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or http://www.ftc.gov.

# EXHIBIT B

PROOF OF SERVICE (1)

# Proof of Service

Clerk stamps date here when form is filed.

**FILED/ENDORSED**

DEC 15 2023

By K1, Deputy Clerk

Use this form to serve **a person, a business,** or **a public entity**. To learn more about proof of service, read *What Is "Proof of Service"?*, Form SC-104B. To learn more about how to serve a business or entity, read *How to Serve a Business or Public Entity*, Form SC-104C.

To serve a **business**, you must serve **one** of the following people:

- Owner (for a sole proprietorship)
- Partner (for a partnership) or general partner (for a limited partnership)
- Any officer or general manager (corporation or association)
- Any person authorized for service by the business (corporation, association, general partnership, limited partnership)
- Any person authorized for service with the Secretary of State (corporation, association, limited liability company [LLC], limited liability partnership [LLP], limited partnership)

To serve a **public entity**, you must first file a claim with that entity, then serve **one** of the following people:

- Clerk (of a city or county)
- Chief Officer or Director (of a public agency)
- Any person authorized for service by the entity

*Fill in court name and street address:*

**Superior Court of California County of Sacramento**
Small Claims Division
301 Bicentennial Circle
Sacramento, CA 95826-2701
(916) 875-7746

*Fill in case number, case name, hearing date, time, and department below:*

Case Number: **23SC01655**

Case Name:
AYANNA UMEKA SPIKES vs.
NEWREZ LLC, F/K/A A NEW PENN
FINANCIAL, LLC D/B/A
SHELLPOINT M Et Al

Hearing Date: **01/12/2024**

Time: **1:30 PM**   Department: **86**

(1) a. If you are serving **a person,** write the person's name below:

_____

b. If you are serving **a business or entity,** write the name of the business or entity, the person authorized for service, and that person's job title:

**MELISSA ROBBINS COUTTS ESQ C/O MCCARTHY AND HOLTHUS LLP**
Business or Agency Name
**ESQ, COUTTS MELISSA ROBBINS, Agent for Service**
Person Authorized for Service     Job Title

(2) **Instructions to Server**
You must be at least 18 years old and **not be named in this case.** Follow these steps:

- Give a copy of all the documents checked in (3) to the person in (1), *or*
- Give a copy of all the documents checked in (3) to one of the following people:
  a. A competent adult (at least 18) living with, and at the home of the person in (1), *or*
  b. An adult (at least 18) who seems to be in charge at the usual workplace of the person in (1), *or*
  c. An adult (at least 18) who seems to be in charge where the person in (1) receives mail (but not a U.S. post office box), if there is no known physical address for the person in (1).

*and* mail a copy of the documents left with one of the adults in a, b, or c above to the person in (1)

THEN,

- Complete and sign this form, and
- Give or mail your completed form to the person who asked you to serve these court papers, *in time for the form to be filed with the court at least 5 days before the hearing.*

(3) **I served the person in (1) a copy of the documents checked below:**

a. ☑ SC-100, *Plaintiff's Claim and ORDER to Go to Small Claims Court*
b. ☐ SC-120, *Defendant's Claim and ORDER to Go to Small Claims Court*
c. ☐ Order for Examination *(This form must be personally served. Check the form that was served):*
   **Note:** *The court can issue a civil arrest warrant if the served party does not come to court only if the order for examination was personally served by a registered process server, sheriff, marshal, or someone appointed by the court.*
   (1) ☐ SC-134, *Application and Order to Produce Statement of Assets and to Appear for Examination*
   (2) ☐ AT-138/EJ-125, *Application and Order for Appearance and Examination*
d. ☒ Other *(specify):* ___SC-100 Item 3___

Judicial Council of California, www.courtinfo.ca.gov
Revised January 1, 2009, Optional Form
Code of Civil Procedure, §§ 116.340, 415.10, 415.20

**Proof of Service**
**(Small Claims)**

SC-104, Page 1 of 2

➔

Case Name: AYANNA UMEKA SPIKES vs. NEWREZ LLC, F/K/A A NEW PENN FINANCIAL, LLC D/B/A SHELLPOINT M Et Al

Case Number: 23SC01655

**(4)** **Fill out "a" or "b" below:**

a. ☒ **Personal Service:** I personally gave copies of the documents checked in ③ to the person in ①:

On *(date):* 12-12-2023   At *(time):* 10:56   ☒ a.m. ☐ p.m.

At this address: 2763 Camino Del Rio South, Suite 100

City: San Diego   State: CA   Zip: 92108

b. ☐ **Substituted Service:** I personally gave copies of the documents checked in ③ *(a, b, or d)* to *(check one):*

☐ A competent adult (at least 18) at the **home** of, and living with the person in ①, or

☐ An adult who seems to be in charge where the person in ① usually **works,** or

☐ An adult who seems to be in charge where the person in ① **receives mail,** or has a private post office box (not a U.S. post office box), if there is no known physical address for the person in ①.

I told that adult, "Please give these court papers to (name of person in ① )."

I did this on *(date):* _____   At *(time):* _____   ☐ a.m. ☐ p.m.

At this address: _____

City: _____   State: _____   Zip: _____

Name or description of the person I gave the papers to: _____

After serving the court papers, I put copies of the documents listed in ③ in an envelope, sealed the envelope, and put first-class prepaid postage on it. I addressed the envelope to the person in ① at the address where I left the copies.

I mailed the envelope on *(date):* _____ from *(city, state):* _____

by leaving it at *(check one):*

a. ☐ At a U.S. Postal Service mail drop, or

b. ☐ At an office or business mail drop where I know the mail is picked up every day and deposited with the U.S. Postal Service, or

c. ☐ With someone else I asked to mail the documents to the person in ①, and I have attached that person's completed Form SC-104A.

**(5)** **Server's Information:**

Name: Donald Denny   Phone: 619-399-3278

Address: 3111 Camino Del Rio N. Ste. 400A

City: San Diego   State: CA   Zip: 92108

Fee for service: $ 57.50

*If you are a registered process server:*

County of registration: San Diego   Registration number: 3516

**(6)** I declare under penalty of perjury under California state law that I am at least 18 years old and not named in this case and that the information above is true and correct.

Date: 12-13-2023

Donald Denny   ▶ _____ Signature via fax

*Type or print server's name*   *Server signs here after serving*

# EXHIBIT C

PROOF OF SERVICE (2)

| SC-104 | **Proof of Service** |
|---|---|

Use this form to serve a **person,** a **business,** or a **public entity.** To learn more about proof of service, read *What Is "Proof of Service"?*, Form SC-104B. To learn more about how to serve a business or entity, read *How to Serve a Business or Public Entity,* Form SC-104C.

To serve a **business,** you must serve **one** of the following people:
- Owner (for a sole proprietorship)
- Partner (for a partnership) or general partner (for a limited partnership)
- Any officer or general manager (for a corporation or association)
- Any person authorized for service by the business (corporation, association, general partnership, limited partnership)
- Any person authorized for service with the Secretary of State (corporation, association, limited liability company [LLC], limited liability partnership [LLP], limited partnership)

To serve a **public entity,** you must first file a claim with that entity, then serve **one** of the following people:
- Clerk (of a city or county)
- Chief Officer or Director (of a public agency)
- Any person authorized for service by the entity

(**1**) a. If you are serving a **person,** write the person's name below:

b. If you are serving a **business** or **entity,** write the name of the business or entity, the person authorized for service, and that person's job title:

**NEWREZ LLC D/B/A A SHELLPOINT MORTGAGE SERVICING C/O QUALITY LOAN SERVICE CORPORATION**
    Business or Agency Name

**ECHEVERRIA, STEPHANIE, Agent for Service**
    Person Authorized for Service     Job Title



*Clerk stamps date here when form is filed.*

**FILED/ENDORSED**

DEC 15 2023

By _____ Deputy Clerk

*Fill in court name and street address:*

**Superior Court of California**
**County of Sacramento**
Small Claims Division
301 Bicentennial Circle
Sacramento, CA 95826-2701
(916) 875-7746

*Fill in case number, case name, hearing date, time, and department below:*

**Case Number:**
    **23SC01655**

**Case Name:**
AYANNA UMEKA SPIKES vs. NEWREZ LLC, F/K/A A NEW PENN FINANCIAL, LLC D/B/A SHELLPOINT M Et Al

**Hearing Date:**
    01/12/2024

| Time: | Department: |
|---|---|
| 1:30 PM | 86 |

(**2**) **Instructions to Server**
You must be at least 18 years old and **not be named in this case.** Follow these steps:
- Give a copy of all the documents checked in (**3**) to the person in (**1**), *or*
- Give a copy of all the documents checked in (**3**) to one of the following people:
  a. A competent adult (at least 18) living with, and at the home of the person in (**1**), *or*
  b. An adult (at least 18) who seems to be in charge at the usual workplace of the person in (**1**), *or*
  c. An adult (at least 18) who seems to be in charge where the person in (**1**) receives mail (but not a U.S. post office box), if there is no known physical address for the person in (**1**). *and* mail a copy of the documents left with one of the adults in a, b, or c above to the person in (**1**).

THEN,
- Complete and sign this form, and
- Give or mail your completed form to the person who asked you to serve these court papers, *in time for the form to be filed with the court at least 5 days before the hearing.*

(**3**) **I served the person in (1) a copy of the documents checked below:**
a. ☒ SC-100, *Plaintiff's Claim and ORDER to Go to Small Claims Court*
b. ☐ SC-120, *Defendant's Claim and ORDER to Go to Small Claims Court*
c. ☐ Order for Examination *(This form must be personally served. Check the form that was served):*
    **Note:** *The court can issue a civil arrest warrant if the served party does not come to court only if the order for examination was personally served by a registered process server, sheriff, marshal, or someone appointed by the court.*
    (1) ☐ SC-134, *Application and Order to Produce Statement of Assets and to Appear for Examination*
    (2) ☐ AT-138/EJ-125, *Application and Order for Appearance and Examination*
d. ☒ Other *(specify):* SC-100 Item 3

Judicial Council of California, www.courtinfo.ca.gov
Revised January 1, 2009, Optional Form
Code of Civil Procedure, §§ 116.340, 415.10, 415.20

**Proof of Service**
**(Small Claims)**

SC-104, Page 1 of 2

➔

Case Name: AYANNA UMEKA SPIKES vs. NEWREZ LLC, F/K/A A NEW PENN FINANCIAL, LLC D/B/A SHELLPOINT M Et Al

Case Number: 23SC01655

**(4) Fill out "a" or "b" below:**

a. ☐ **Personal Service:** I personally gave copies of the documents checked in ③ to the person in ①:

On *(date):* _____ At *(time):* _____ ☐ a.m. ☐ p.m.

At this address: _____

City: _____ State: _____ Zip: _____

b. ☒ **Substituted Service:** I personally gave copies of the documents checked in ③ *(a, b, or d)* to *(check one):*

☐ A competent adult (at least 18) at the **home** of, and living with the person in ①, or

☒ An adult who seems to be in charge where the person in ① usually **works,** or

☐ An adult who seems to be in charge where the person in ① **receives mail,** or has a private post office box (not a U.S. post office box), if there is no known physical address for the person in ①.

I told that adult, "Please give these court papers to (name of person in ①)."

I did this on *(date):* 12-12-2023 At *(time):* 10:56 ☒ a.m. ☐ p.m.

At this address: 2763 Camino Del Rio S.

City: San Diego State: CA Zip: 92108

Name or description of the person I gave the papers to: Bountlet Louvan - Agent for Quality Loan Service Corporation

After serving the court papers, I put copies of the documents listed in ③ in an envelope, sealed the envelope, and put first-class prepaid postage on it. I addressed the envelope to the person in ① at the address where I left the copies.

I mailed the envelope on *(date):* 12-13-2023 from *(city, state):* Orange, CA

by leaving it at *(check one):*

a. ☐ At a U.S. Postal Service mail drop, or

b. ☒ At an office or business mail drop where I know the mail is picked up every day and deposited with the U.S. Postal Service, or

c. ☐ With someone else I asked to mail the documents to the person in ①, and I have attached that person's completed Form SC-104A.

**(5) Server's Information:**

Name: Donald Denny Phone: 619-399-3278

Address: 3111 Camino Del Rio N. Ste. 400A

City: San Diego State: CA Zip: 92108

Fee for service: $ 57.50

*If you are a registered process server:*

County of registration: San Diego Registration number: 3516

**(6)** I declare under penalty of perjury under California state law that I am at least 18 years old and not named in this case and that the information above is true and correct.

Date: 12-13-2023

Donald Denny ▶ _____ Signature via fax
*Type or print server's name* *Server signs here after serving*

## DECLARATION OF SERVICE

I, Stefano Ramirez Encarnacion, declare:

I am a citizen of the United States and I am employed in the County of San Diego, State of California; I am over the age of 18 years and not a party to this action; my business address is 2763 Camino Del Rio S, Suite 100, San Diego, California 92108.

I further declare that I am readily familiar with the business practice of McCarthy & Holthus, LLP for service of documents, that documents served by facsimile are transmitted in and the original deposited with the United States Postal Service in our ordinary course of business on the same day, the documents served by mail are deposited with the United States Postal Service in the ordinary course of business the same day and that documents served personally are delivered the same day.

On January 5, 2024, at the direction of a member of the bar of this Court, I served the following document(s) on the persons listed below:

- **NOTICE OF REMOVAL**
- **CIVIL COVER SHEET**

By U.S. First Class Mail to:

Ayanna Umeka Spikes
P.O. Box 661321
Sacramento, CA 95866

By Overnight Delivery to:

Ayanna Umeka Spikes
7036 Cantel Way
North Highlands, CA 95660

*Plaintiff in pro per*

in the following manner of service (check appropriate):

___**XX**___  **BY MAIL:**  I placed a true copy in a sealed envelope addressed as indicated above. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on a motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one date after date of deposit for mailing in affidavit.

McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
2763 CAMINO DEL RIO S. SUITE 100
SAN DIEGO, CALIFORNIA  92108
TELEPHONE (619) 685-4800 FACSIMILE (619) 685-4811

1      __XX__         **BY OVERNIGHT DELIVERY:** I placed a true copy in a sealed

2  envelope addressed as indicated above.  I am readily familiar with the firm's practice of collection

3  and processing correspondence for overnight service.  It is deposited with GLS Overnight in a box

4  or other facility regularly maintained by the express service carrier, or delivered to an authorized

5  courier or driver authorized by the express service carrier to receive documents, in an envelope or

6  package designated by the express service carrier with delivery fees paid or provided for,

7  addressed to the person on whom it is to be served, at the office address as last given by that

8  person on any document filed in the cause and served on the party making service; otherwise at

9  that party's place of residence.

10      I declare under penalty of perjury under the laws of the United States, that the

11  foregoing is true and correct.  Executed on January 5, 2024 at San Diego, California.

12      By: _____

**PROOF OF SERVICE**

CA-23-966191-CV